DOYLE LOWTHER LLP
William J. Doyle II (188069)
John A. Lowther (207000)
James R. Hail (202439)
9466 Black Mountain Road, Suite 210
San Diego, California 92126
Phone: (619) 573-1700
Fax: (619) 573-1701
www.doylelowther.com

ZELDES & HAEGGQUIST, LLP
Amber L. Eck (177882)
Helen I. Zeldes (220051)
Alreen Haeggquist (221858)
625 Broadway, Suite 906
San Diego, California 92101
Phone: (619) 342-8000
Fax: (619) 342-7878
www.zhlaw.com

*Interim co-lead counsel for plaintiffs and the proposed class*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

In re SONY VAIO COMPUTER NOTEBOOK TRACKPAD LITIGATION

Civil No. 09-CV-2109-BEN-RBB

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS SONY'S AND BEST BUY'S MOTIONS TO DISMISS**

[ORAL ARGUMENT REQUESTED]

Date: June 21, 2010
Time: 10:30 a.m.
Judge: Hon. Roger T. Benitez
Courtroom: 3

DEMAND FOR JURY TRIAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE pursuant to Rule 201 of the Federal Rules of Evidence and related authority Plaintiffs Ronald Flynn and Christina Egner ("Plaintiffs") request the Court take judicial notice of the following documents attached hereto as Exhibits A and B:

**Exhibit A:** **Best Buy Forum posting dated December 11, 2008 by Best Buy Agent Aaron, Geek Squad Community Connector, on http://forums.bestbuy.com.**

**Exhibit B:** **Official Judicial Council of California Form PLD-C-001(2), CAUSE OF ACTION - Common Counts.**

Under the Federal Rules of Evidence, a judicially noticed fact is an adjudicative fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Federal Rule of Evidence 201(a)-(b). It is proper for courts to review judicially noticed facts in considering motions to dismiss. *See Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (judicially noticing webpages attached to motion to dismiss under the incorporation by reference doctrine). A court should take judicial notice "if requested by a party and supplied with the necessary information." Federal Rule of Evidence 201(d).

The court can take judicial notice of Exhibit A, which is a webpage posting by an employee of defendant Best Buy on Best Buy's own website message forum. Judicial notice is proper because its accuracy cannot reasonably be questioned because the representation is from a Best Buy employee on Best Buy's own website. Judicial notice of Exhibit B is proper because the Judicial Council of California Form, PLD-C-001(2), CAUSE OF ACTION - Common Counts is an official document not subject to reasonable dispute and its accuracy cannot reasonably be questioned.

For the above reasons, plaintiffs respectfully request the Court take judicial notice of

Exhibits A and B.

DATED: June 7, 2010

DOYLE LOWTHER LLP

**s/ John Lowther, Esq.**

Attorney for plaintiffs
e-mail: john@doylelowther.com

William J. Doyle II (188069)
bill@doylelowther.com
John A. Lowther (207000)
john@doylelowther.com
James R. Hail (202439)
jim@doylelowther.com
9466 Black Mountain Road, Suite 210
San Diego, California 92126
Tel: (619) 573-1700
Fax: (619) 573-1701

ZELDES & HAEGGQUIST, LLP
Amber L. Eck (177882)
ambere@zhlaw.com
Helen I. Zeldes (220051)
helenz@zhlaw.com
Alreen Haeggquist (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, California 92101
Tel: (619) 342-8000
Fax: (619) 342-7878

*Interim co-lead counsel for plaintiffs and the proposed class*

# EXHIBIT A

**hockeycanuckjc** SUPER
Valued Contributor

Posts: 2,194
Registered: 11-10-2008
0

### Re: Can Sony require Best Buy to return a laptop to them for repairs?

Options

12-08-2008 04:14 PM

There are lots of great FREE alternatives to the big stuff out there that work 100% with Windows Vista and does not require a paid subscription to use them.

Some programs I like that are FREEWARE antivirus programs:

AVG Antivirus 8.0
Avast Antivirus
Avira Anti-Vir personal edition

Freeware Spyware / Adware removers:

Ad Aware
Spybot Search and Destroy
Spyware Blaster

These are some of CNET Download.com's highest rated programs and they are all free for personal use with no payment neccesary.

For Microsoft Office, there is an excellent alternative to Microsoft Office called OpenOffice.org, Its 100% compatible with all your word , excel and powerpoint files and it does all the same things Microsoft Office 07 does except its free

Finally on the Photoshop side, I use an excellent freeware alternative to Adobe Photoshop called "The GIMP" it supports plugin like effects similar to Photoshop and Paint Shop Pro and its interface is user friendly.

Hopefully this helps.

All these programs can be obtained on http://www.download.com

CNET also has excellent tutorials on their website on how to use these programs.




Glitter Graphics

Message 4 of 11 (3,566 Views)

Reply

tedln
New Member

Posts: 7
Registered: 12-08-2008
0

### Re: Can Sony require Best Buy to return a laptop to them for repairs?

Options

12-08-2008 10:39 PM

Yes, I have and use most of the freeware you mentioned. I do prefer trend micro antivirus on my vista system, but use AVG on my xp laptop. I tried openoffice, and while it is a good program, I still prefer ms office. I use GIMP for some of the filters which I prefer over the photoshop filters, but I use photoshop for some of it's features which seem better than GIMP.

Do you have an opinion concerning my question about "Sony requiring Best Buy to return my laptop to them for repairs"?

Message 5 of 11 (3,547 Views)

Reply

**Aaron-GS** ADMIN
Community Connector

Posts: 1,058
Registered: 09-29-2008
1

### Re: Can Sony require Best Buy to return a laptop to them for repairs?

Options

12-11-2008 04:34 PM

Hey tedln,

Because our service centers are factory authorized repair facilities for most products we sell, Best Buy® does not normally ship products directly to the manufacturer for repairs. There are some notable exceptions, however, and some manufacturers may require that repairs sought on specific models be addressed by one of their own in-house technicians. Simply put: if Sony doesn't want Best Buy® technicians working on a specific computer, we need to ship it to them for repairs.

How we determine where your product needs to be shipped though is a fairly simple process. When you bring a product into your local store, Geek Squad® agents enter basic model and serial number information into a repair tracking program. This program not only tells them where it needs to be shipped, but provides an estimated return date as well.

Hope this helps you out!

Agent Aaron

# EXHIBIT B

EXHIBIT B

PLD-C-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|

______________ (number)

## CAUSE OF ACTION—Common Counts

ATTACHMENT TO ☐ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):*

alleges that defendant *(name):*

became indebted to ☐ plaintiff ☐ other *(name):*

a. ☐ within the last four years
   (1) ☐ on an open book account for money due.
   (2) ☐ because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. ☐ within the last ☐ two years ☐ four years
   (1) ☐ for money had and received by defendant for the use and benefit of plaintiff.
   (2) ☐ for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff.
      ☐ the sum of $
      ☐ the reasonable value.
   (3) ☐ for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
      ☐ the sum of $
      ☐ the reasonable value.
   (4) ☐ for money lent by plaintiff to defendant at defendant's request.
   (5) ☐ for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) ☐ other *(specify):*

CC-2. $ , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest ☐ according to proof ☐ at the rate of ______ percent per year from *(date):*

CC-3. ☐ Plaintiff is entitled to attorney fees by an agreement or a statute
   ☐ of $
   ☐ according to proof.

CC-4. ☐ Other:

Page ______



Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2009]

**CAUSE OF ACTION—Common Counts**

Code of Civil Procedure, § 425.12
*www.courtinfo.ca.gov*

American LegalNet, Inc.
www.FormsWorkflow.com