FILED
11 JAN 12 PM 12:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SONY VAIO COMPUTER NOTEBOOK TRACKPAD LITIGATION | Case No. 09-cv-2109-BEN-RBB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS BEST BUY CO., INC. AND FOR PLAINTIFF TO FILE AMENDED CONSOLIDATED COMPLAINT SUBSTITUTING BEST BUY STORES, L.P. AS DEFENDANT** |

The Court GRANTS the parties' joint motion and orders as follows:

1. Best Buy Co., Inc. is hereby dismissed from this action without prejudice;

2. Plaintiffs shall have 10 days from the grant of this Joint Motion within which to file and serve an Amended Consolidated Complaint against Best Buy Stores, L.P., which shall be identical to its Consolidated Complaint in all respects except that all previous references to "Best Buy Co., Inc." in the original

Consolidated Complaint shall be replaced by references to "Best Buy Stores, L.P." in the Amended Consolidated Complaint;

3. Sony shall not be required to file a new answer to the Amended Consolidated Complaint, and Sony's Answer to the Consolidated Complaint shall be deemed its Answer to the Amended Consolidated Complaint;

4. Best Buy Stores, L.P. shall have twenty-one (21) days following the filing of the Amended Consolidated Complaint within which to file an Answer to the Amended Consolidated Complaint.

DATED: January __, 2011

Hon. Roger T. Benitez
United States District Court Judge