MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FLYNN V. SONY ELECTRONICS, INC. ET AL          Case No. 09cv02109 BEN(RBB)
                                               **Time Spent:** _____

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                    Rptr. _____

                              Attorneys
           Plaintiffs                              Defendants

  Amber Eck                              Michelle Doolin
  John Lowther                           Leo Norton
  Helen Zeldes                           Michael Geibelson


PROCEEDINGS:   ____ In Chambers     ____ In Court     ____ Telephonic

On January 21, 2011, Plaintiff Ronald Flynn failed to appear at the early neutral evaluation conference in this case although his Ex Parte Application to Excuse Class Representatives' Personal Appearance at ENE was denied on January 14, 2011 [ECF Nos. 39, 45], and his Renewed Ex Parte Application to Excuse His Personal Appearance at ENE was denied [ECF No. 48]. As a result, the Court issued an order to show cause why Plaintiff Flynn should not be sanctioned for failing to attend the early neutral evaluation conference. (Mins., Jan. 24, 2011, ECF No. 48.) Plaintiff Flynn was to file any opposition to the order to show cause by January 31, 2011, and Defendants Sony Electronics, Inc. and Best Buy Co., Inc. and Best Buy Stores, L.P. ("Best Buy") were authorized to file any reply by February 10, 2011. (Id.)

On January 31, 2011, Plaintiff Ronald Flynn's Opposition to Order to Show Cause Why Sanctions Should Not Issue re Failure to Appear at ENE was filed [ECF No. 51]. Defendants, on February 10, 2011, each filed a response to Plaintiff's Opposition [ECF Nos. 52, 53].

Counsel for the Defendants are requested to file by February 22, 2011, a declaration detailing the time and fees their respective clients incurred in addressing Flynn's Opposition.


DATE: February 14, 2011        IT IS SO ORDERED:   *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Benitez                        INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\SONY2109\Minute02.wpd