UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re SONY VAIO COMPUTER NOTEBOOK TRACKPAD LITIGATION | ) Civil No. 09cv2109 AJB(RBB)<br>)<br>) ORDER FOLLOWING EARLY NEUTRAL<br>) EVALUATION CONFERENCE, SETTING<br>) RULE 26 COMPLIANCE<br>)<br>)<br>)<br>)<br>) |

On April 21, 2011, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

2. The rule 26(f) conference shall be completed on or before May 16, 2011.

1   3.   No discovery plan is required.

2   4.   The initial disclosures pursuant to rule 26(a)(1)(A-D)
3  shall occur on or before May 31, 2011.

4   5.   A telephonic, attorneys-only settlement conference with
5  Magistrate Judge Ruben B. Brooks (619-557-3404) is set for
6  September 29, 2011, at 8:30 a.m.  Counsel for Plaintiffs is to
7  initiate the call.

8   Plaintiff's(s') counsel shall serve a copy of this order on
9  all parties that enter this case after the date of this order.

10   Failure of any counsel or party to comply with this order may
11  result in sanctions.

12   IT IS SO ORDERED.

14  DATED:  April 21, 2011

     Ruben B. Brooks
     United States Magistrate Judge

16  cc:
    Judge Battaglia
17  All Parties of Record