MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

In Re SONY VAIO COMPANY NOTEBOOK TRADEPAD COMPUTER          Case No. 09cv02109 AJB(RBB)
**Time Spent: 20 mins.**

HON. RUBEN B. BROOKS          CT. DEPUTY VICKY LEE          Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Amber Eck (present) | Michelle Doolin |
| John Lowther (present) | Leo Norton (present) |
| Helen Zeldes | Michael Geibelson (present) |

PROCEEDINGS:      ___ In Chambers      ___ In Court      _x_ Telephonic

A telephonic, attorneys-only case management conference was held.

A telephonic, attorneys-only settlement conference is set for September 29, 2011, at 8:30 a.m.

Counsel for Plaintiffs is to initiate the call.

DATE: April 21, 2011          IT IS SO ORDERED:  /s/ Ruben B. Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge

cc: Judge Battaglia                              INITIALS: VL (mg/irc) Deputy
    All Parties of Record