1
2
3
4
5
6
7
8    **UNITED STATES DISTRICT COURT**
9    **SOUTHERN DISTRICT OF CALIFORNIA**
10

| RONALD FLYNN, et al., | CASE NO. 09cv2109-AJB (MDD) |
| Plaintiffs, | ORDER FOLLOWING DECEMBER 7, 2011, DISCOVERY CONFERENCE |
| vs. | |
| SONY ELECTRONICS , INC. , | |
| Defendant. | |

    On December 7, 2011, the Court held a discovery conference in the above captioned case. Appearing for Plaintiffs were John Lowther, Helen Zeldes, and Kate DiDonato.   Appearing for Defendant were Leo Norton, Brad Lebow, and Shaka Johnson.  After discussing the current issues of discovery with the parties, the Court issues the following Order:

    1. As discussed during the discovery conference, on or before January 30, 2012, Defendant Sony shall provide to Plaintiffs:

    a) All engineering and product specifications, from January 2007 to date, regarding the trackpad of Sony's Vaio laptop models NW and SZ;

    b) All customer complaints, broadly construed, from January 2007 to date, regarding the trackpad, of all Sony's Vaio laptop models;

    c) All results of any non-privileged internal investigations regarding the customer complaints.

    2. On or before January 30, 2012, Defendant Best Buy shall make a good faith effort to

1  identify and produce customer complaints it has received regarding the Sony Vaio trackpad. The
2  search shall be made across the Vaio line. The search is limited in time from January 2007 to date.
3       3. A further telephonic case management conference will be held **February 10, 2012, at**
4  **9:15 a.m.** Counsel for Defendant is instructed to initiate the joint call at 619-446-3972 or to
5  arrange a conference call and provide to the Court and all parties a dial-in number. The Court
6  should be notified of any dial-in information via email to efile_dembin@casd.uscourts.gov.
7       IT IS SO ORDERED.

9  DATED: December 14, 2011

         Hon. Mitchell D. Dembin
         U.S. Magistrate Judge