# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FLYNN, on behalf of himself and all others similarly situated,<br><br>                            Plaintiff,<br>    vs.<br><br>SONY ELECTRONICS, INC., et al.,<br><br>                            Defendants. | CASE NO. 09cv2109-AJB (MDD)<br><br>ORDER RE: JOINT MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES [Doc. No. 104] |

      On December 21, 2011, the parties filed a Joint Motion to Extend Discovery and Pretrial Deadlines. (Doc. No. 104). After reviewing the motion and conferring with Judge Battaglia's chambers, the Court issues the following amended scheduling Order:

      1. Any motion to join other parties, to amend the pleadings or to file additional pleadings shall be filed and heard on or before **May 21, 2012**.

      2. Plaintiff shall serve on all other parties a list of class certification expert witnesses whom Plaintiff's expect to use by **May 21, 2012**. Defendant's shall serve on Plaintiff a list of class certification expert witnesses Defendants expect to use by **May 29, 2012**. Each party may supplement its designation in response to the other party's designation no later than **June 11, 2012**. The parties must identify any person who may be used to present evidence pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence. This requirement is not limited to retained experts.

      3. All fact discovery for phase one (through the filing of the class certification motion)

must be completed by all parties on or before **June 1, 2012**.  "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure 45, must be initiated a sufficient period of time in advance of the cut-off date, that it may be completed by the cut-off date, taking into account the times for service, notice, and response, and any discovery motions, as set forth in the Federal Rules of Civil Procedure.

    4. All class certification expert discovery must be completed by all parties on or before **June 15, 2012**.

    5. Any motion for class certification is to be filed and served on or before **July 23, 2012**. Related filing deadlines (e.g. opposition/response or reply) will be issued by the district judge.

    All other orders of the Court remain in full force and effect unless otherwise ordered by the Court.

    IT IS SO ORDERED.

DATED:  January 9, 2012

*/s/ Mitchell D. Dembin*
Hon. Mitchell D. Dembin
U.S. Magistrate Judge