# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FLYNN, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>SONY ELECTRONICS, INC., et al.,<br><br>                              Defendants. | CASE NO. 09cv2109-AJB (MDD)<br><br>ORDER ON JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE RE: INSPECTION OF PLAINTIFF'S COMPUTER<br><br>[ECF. NO. 127] |

Before the Court is the joint motion of the parties, filed on October 22, 2012, for determination of a discovery dispute regarding an inspection of Plaintiff's laptop computer. (ECF No. 127). On November 5, 2012, a conference was held with counsel in chambers regarding the discovery dispute.

Defendants are seeking to conduct a physical inspection of the laptop and to examine the software configuration and settings. Defendants also seek to conduct a forensic review of the user-created data files for potentially relevant files and communications.

As discussed at the discovery conference, the Court is **GRANTING** the motion for a physical inspection of the laptop. The inspection may be performed by Defendants' expert and must be recorded from beginning to end. The Court also is **GRANTING** the motion for an examination of the software environment including

1  settings and configurations.  The parties are **ORDERED** to meet and confer and
2  produce a mutually acceptable protocol for the software inspection no later than
3  November 7, 2012.  Finally, the Court is **DENYING** the motion for a forensic
4  examination of user-created files that may exist on the laptop.  The Court finds that
5  Defendants have not made a sufficient showing of need for this level of intrusion.
6        IT IS SO ORDERED.
7  DATED: November 5, 2012

                              Hon. Mitchell D. Dembin
                              U.S. Magistrate Judge