ZELDES HAEGGQUIST & ECK, LLP
HELEN I. ZELDES (220051)
 helenz@zhlaw.com
AARON M. OLSEN (259923)
 aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (188069)
 bill@doylelowther.com
JOHN LOWTHER (207000)
 john@doylelowther.com
JAMES R. HAIL (202439)
 jim@doylelowther.com
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
Telephone: 858/935-9960
858/939-1939 (fax)

Co-Lead Counsel for Plaintiffs
  and Class Members

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SONY VAIO COMPUTER NOTEBOOK TRACKPAD LITIGATION, | Case No.: 3:09-CV-02109-CAB-MDD<br><br>CLASS ACTION<br><br>JOINT MOTION TO EXTEND CASE SCHEDULING ORDER DEADLINES<br><br>Judge: Honorable Cynthia A. Bashant<br>Courtroom: 4B, 4th Floor (Schwartz) |

1   Plaintiffs Christina Egner and Rickey Glasco (collectively "Plaintiffs") and defendant Sony Electronics, Inc. ("Sony") (collectively, the "Parties"), by and through their respective counsel, hereby jointly submit this motion to extend the deadlines set forth in the Court's December 15, 2013 Case Scheduling Order (ECF No. 201) (the "Scheduling Order"):

WHEREAS, on September 25, 2013, the Court certified two classes of California and New Jersey residents who purchased a Sony VAIO Laptop, series SZ, FZ, NW (erroneously stated as NQ in order), EB, and F between March 16, 2006 and present. (ECF Nos. 197-198) ("Certification Order").

WHEREAS, on December 5, 2013, following the Court's Certification Order, the Court issued a Case Scheduling Order. (ECF No. 201.) Discovery in this action was separated into two phases: phase one included pre-class certification discovery through the filing of the class certification motion (ECF Nos. 64 at ¶ 1; 105 at ¶ 3) and phase two consists of post-class certification merits discovery to be completed by all parties on or before June 15, 2014, meaning all discovery must be served and responded to on or before this date. (ECF No. 201 at ¶12.)

WHEREAS, the Parties have been diligently engaging in post-class certification merits discovery, including the service of and response to interrogatories and document requests. In particular, Sony responded to Plaintiffs' First Set of Requests for Production of Documents Regarding Merits Discovery on March 27, 2014, by agreeing, in part and subject to its objections and responses, to produce responsive documents.

WHEREAS, Sony has produced nearly 70,000 files or pages to date in the case, and has completed review and production of approximately half of its rolling production in response to Plaintiffs' requests for production, which Plaintiffs served and Sony responded to or about March 27, 2014. Sony anticipates producing remaining documents on a rolling basis with its production

estimated to be completed between June 15, 2014 and July 1, 2014. Sony anticipates that less than 10,000 files will be produced after the date of this joint motion. The review and production process involves extremely large electronic data sets and spreadsheets, as well as numerous custodians and centralized sources of information. As such, the review and production process is time consuming.

WHEREAS, Plaintiffs anticipate needing 75-90 days from the production completion date in order to "complete" discovery under Rules 30-36 of the Federal Rules of Civil Procedure ("FRCP"), and to potentially propound third party subpoenas under FRCP 45, taking into account time for review of the production, follow-up written discovery, use of production documents at upcoming depositions, document authentication, and resolution of discovery disputes under, *inter alia*, Local Rule 26.1.a. Sony anticipates needing 75 days to complete any follow up discovery as to the named plaintiffs and any third party discovery.

WHEREAS, the Parties agree that additional time beyond June 15, 2014 is necessary for the Parties to complete fact discovery in an orderly manner and to limit the need for judicial intervention in the discovery process. The Parties further agree that there is no prejudice to any party resulting from the short extension requested.

WHEREAS, the final pre-trial conference, jury trial, and motion in limine hearing dates set forth in the existing Scheduling Order (ECF No. 201) before Judge Battaglia were vacated by the Court's May 14, 2014 transfer order (ECF No. 213) and need to be reset.

WHEREAS, the Parties make the instant joint motion to extend the pending discovery and trial deadlines by seventy-five (75) days and to reset the vacated final pre-trial conference, jury trial, and motion in limine hearing dates.

NOW THEREFORE, the Parties hereby propose that the deadlines in the Scheduling Order be amended as follows:

| Action | Current | Proposed 75 Day Extension |
|---|---|---|
| Fact Discovery Completed | June 15, 2014 | August 29, 2014 |
| Comply with Disclosure Requirements in Rule 26(a)(2)(B) | July 15, 2014 | September 29, 2014 |
| Supplement Disclosures re Contradictory or Rebuttal Evidence under Rule 26(a)(2)(c) | August 15, 2014 | October 29, 2014 |
| Deadline to provide class notice | None | September 15, 2014 |
| Deadline for Expert Depositions | September 15, 2014 | December 1, 2014 |
| Deadline to file Dispositive Motions, including *Daubert* Motions | October 15, 2014 | January 16, 2015 |
| Deadline to Complete Pretrial Disclosures per Rule 26(a)(3) | February 15, 2015 | May 1, 2015 |
| Deadline to Meet & Confer and Prepare a Proposed Pretrial Order | February 22, 2015 | May 8, 2015 |
| Objections to Pretrial Disclosures Due | March 2, 2015 | May 18, 2015 |
| Proposed Final Pretrial Conference Order Due | March 2, 2015 | May 18, 2015 |
| Pretrial Conference | March 13, 2015 | May 27, 2015 |
| Deadline to File Motions in Limine | March 20, 2015 | June 3, 2015 |
| Deadline to File Trial Brief | March 20, 2015 | June 3, 2015 |
| Oppositions to Motion in Limine Due | March 27, 2015 | June 10, 2015 |
| Motion in Limine Hearing | April 3, 2015 | June 17, 2015 |
| Deadline to File Stipulations and Agreements. | April 20, 2015 | July 6, 2015 |
| Deadline to File Uncontested Facts. | April 20, 2015 | July 6, 2015 |
| Deadline to File Joint Exhibit List | April 20, 2015 | July 6, 2015 |
| File Agreed Summary of Factual Nature of the Case and Any Alleged Injuries and Damages | April 20, 2015 | July 6, 2015 |
| File Joint List of Witnesses Likely to Be Called | April 20, 2015 | July 6, 2015 |
| File Additional Written *Voir Dire* Questions for Judge to Consider | April 20, 2015 | July 6, 2015 |

3

Case No. 3:09-CV-02109-CAB-MDD

| Action | Current | Proposed 75 Day Extension |
|---|---|---|
| File Joint Set of Agreed Jury Instructions on Substantive Law and/or Verdict Forms | April 20, 2015 | July 6, 2015 |
| Jury Trial | May 4, 2015 | July 20, 2015 |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 9, 2014

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
AARON M. OLSEN (259923)


By:      s/Aaron M. Olsen
         AARON M. OLSEN

625 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  619/342-8000
Facsimile:  619/342-7878

DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (188069)
JOHN LOWTHER (207000)
JAMES R. HAIL (202439)
10200 Willow Creek Road, Suite 150
San Diego, CA  92131
Telephone: 858/935-9960
Facsimile: 858/939-1939

Co-Lead Counsel for Plaintiffs
and Class Members

| | | |
|---|---|---|
| Dated: June 9, 2014 | | COOLEY LLP<br>MICHAEL A. ATTANASIO (151529)<br>MICHELLE C. DOOLIN (179445)<br>LEO P. NORTON (216282)<br><br>By:      s/Leo P. Norton     <br>          LEO P. NORTON<br><br>4401 Eastgate Mall<br>San Diego, CA 92121-9109<br>Telephone: 858-550-6083<br>Facsimile: 858-550-6420<br>Email: lnorton@cooley.com<br><br>Attorneys for Defendant Sony Electronics, Inc. |

ECF CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendants' counsel and that I have obtained concurrence regarding the filing of this document from the signatories to this document.

Dated:  June 9, 2014

By:      /Aaron M. Olsen     
          AARON M. OLSEN

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 9, 2014.

                                              s/Aaron M. Olsen
                                              AARON M. OLSEN

ZELDES HAEGGQUIST & ECK, LLP
AARON M. OLSEN (259923)
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-342-8000
Facsimile: 619-342-7878
aarono@zhlaw.com