# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SONY VAIO COMPUTER NOTEBOOK TRACKPAD LITIGATION | Case No. 09-CV-2109- BAS-MDD <br><br> Order Granting Joint Motion To Continue Expert Disclosure and Discovery Deadlines And Related Dispositive/*Daubert* Motion Filing Deadline |

Pursuant to the joint motion filed by the parties to extend expert disclosure and discovery deadlines and related dispositive and Daubert motions deadline (ECF No. 220) and good cause appearing, the joint motion is GRANTED and the Amended Scheduling Order (ECF No. 217) is hereby ORDERED amended as follows:

1.   On or before November 20, 2014, each party must comply with the disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

2.   Any party must supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c) on or before December 19, 2014.

3.   The deadline to depose experts is January 26, 2015.

4. All motions, including Daubert motions and summary judgment motions, other than motions to amend or join parties, or motions in limine, shall be filed on or before February 16, 2015.

5. All other dates and deadlines set forth in the Amended Scheduling Order (ECF No. 217) remain unchanged.

IT IS SO ORDERED.

October 17, 2014

Mitchell D. Dembin
United States Magistrate Judge

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**
**CASE NO. 09-CV-2109-BAS-MDD**

2.