ZELDES HAEGGQUIST & ECK, LLP
HELEN I. ZELDES (220051)
  helenz@zhlaw.com
AARON M. OLSEN (259923)
  aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (188069)
  bill@doylelowther.com
JOHN LOWTHER (207000)
  john@doylelowther.com
JAMES R. HAIL (202439)
  jim@doylelowther.com
10200 Willow Creek Road, Suite 150
San Diego, CA  92131
Telephone: 858/935-9960
858/939-1939 (fax)

Co-Lead Counsel for Plaintiffs
   and Class Members
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SONY VAIO COMPUTER NOTEBOOK TRACKPAD LITIGATION, | Case No.: 3:09-CV-02109-BAS-MDD <br><br> **CLASS ACTION** <br><br> JOINT MOTION TO EXTEND CERTAIN SCHEDULING ORDER DEADLINES RELATING TO EXPERTS AND MOTIONS <br><br> Judge:  Honorable Cynthia A. Bashant <br> Courtroom: 4B, 4th Floor (Schwartz) <br> Mag. Judge: Hon. Mitchell D. Dembin <br> Courtroom: 2C |

Plaintiffs Christina Egner and Ricky Glasco ("Plaintiffs") and Defendant Sony Electronics Inc. ("Sony") (collectively, the "Parties"), by and through their respective counsel, hereby jointly submit this motion to extend certain deadlines relating to expert depositions and dispositive/*Daubert* motions set forth in the Court's September 15, 2014 Amended Scheduling Order (Dkt. No. 217) ("September Order") and Order Granting Joint Motion to Continue Expert Disclosure and October 17, 2014 Discovery Deadlines and Related Dispositive/*Daubert* Motion Filing Deadline (Dkt. No. 222) ("October 2014 Order").

WHEREAS, pursuant to the October 2014 Order, the Court set the deadline to depose experts on or before January 26, 2015, and all motions, including *Daubert* motions and summary judgment motions, other than motions to amend or join parties, or motions *in limine*, to be filed on or before February 16, 2015.

WHEREAS, the Parties have cumulatively designated nine expert witnesses whose depositions need to be taken. The Parties worked diligently and cooperatively together on scheduling the expert depositions to occur prior to the January 26, 2015 cutoff. Unfortunately, due to an unexpected death of a family member of lead Plaintiffs' attorney, Ms. Zeldes, in combination with scheduling nine expert depositions given the experts, Parties, and counsels' respective schedules and the end of the year and January holidays, the Parties were unable to complete expert depositions prior to January 26, 2015.

WHEREAS, after extensive meet and confer efforts and cooperation, the Parties have agreed to the following deposition schedule:

| Expert | Date |
| --- | --- |
| Jim Vaughn | February 3, 2015 |
| Heather Xitco | February 13, 2015 |
| Glenn Ahkavein | February 16, 2015 |
| Andrew Perry | February 18, 2015 |

1                                  Case No. 3:09-CV-02109-BAS-MDD

| Expert | Date |
|---|---|
| Jack E. Gold | February 19, 2015 |
| Michael Osterman | February 20, 2015 |
| Robert Wallace | February 23, 2015 |
| Robert J. Sherwood | February 26, 2015 |
| Craig Hillman | March 2, 2015 |

WHEREAS, on January 7, 2015, the Court issued an Order Granting in Part and Denying in Part Plaintiffs' Motion for Approval of Class Notice Proposal (Dkt. No. 225) ("Class Notice Order"). Plaintiffs have been working diligently with the class action administrator and anticipate class notice pursuant to the Class Notice Order commencing mid-February 2015.

WHEREAS, notice must be provided and the notice provision and opt-out periods must expire before a ruling on summary judgment motions to apply to class members and expert depositions must similarly be completed before summary judgment.

WHEREAS, Plaintiffs will initiate the notice program consistent with the Class Notice Order on or before February 20, 2015.

NOW THEREFORE, the Parties hereby propose that the deadlines in the September Order and October Order be amended as follows:

| Action | Current | Proposed |
|---|---|---|
| Deadline for Expert Depositions | January 26, 2015 | March 3, 2015 |
| Deadline to file motions, including *Daubert* and summary judgment motions, other than motions to amend or join parties, or motions *in limine* | February 16, 2015 | March 17, 2015 |

WHEREAS, all other dates and deadlines set forth in the September Order (Dkt. No. 217) remain unchanged.

WHEREAS, the proposed extension will not impact the pre-trial or trial dates or deadlines in this matter, and the Parties agree there is no prejudice to any party resulting from this continuance.

Respectfully submitted,

Dated: February 2, 2015

ZELDES HAEGGQUIST & ECK, LLP
HELEN I. ZELDES (220051)
AARON M. OLSEN (259923)


By:          s/Aaron M. Olsen
             AARON M. OLSEN

625 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  619/342-8000
Facsimile:  619/342-7878

DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (188069)
JOHN LOWTHER (207000)
JAMES R. HAIL (202439)
10200 Willow Creek Road, Suite 150
San Diego, CA  92131
Telephone: 858/935-9960
Facsimile: 858/939-1939

Co-Lead Counsel for Plaintiffs
and Class Members

GOMEZ TRIAL ATTORNEYS
JOHN GOMEZ (171485)
JOHN FISKE (249256)
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: 619/237-3490
John@GomezTrialAttorneys.com
Fiske@GomezTrialAttorneys.com

Plaintiffs Trial Counsel

| | |
|---|---|
| Dated: February 2, 2015 | COOLEY LLP<br>MICHAEL A. ATTANASIO (151529)<br>MICHELLE C. DOOLIN (179445)<br>LEO P. NORTON (216282)<br><br>By:       s/Leo P. Norton<br>           LEO P. NORTON<br><br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: 858/550-6000<br>Facsimile: 858/550-6420<br><br>Attorneys for Defendant Sony Electronics Inc. |

ECF CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendants' counsel and that I have obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: February 2, 2015

By:       s/Aaron M. Olsen
           AARON M. OLSEN

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 2, 2015.

                                                  s/Aaron M. Olsen
                                                AARON M. OLSEN

ZELDES HAEGGQUIST & ECK, LLP
AARON M. OLSEN (259923)
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-342-8000
Facsimile: 619-342-7878
aarono@zhlaw.com