# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SONY VAIO COMPUTER NOTEBOOK TRACKPAD LITIGATION, | CASE NO. 09cv2109-BAS (MDD) <br><br> ORDER GRANTING JOINT MOTION TO EXTEND EXPERT DEPOSITIONS DEADLINE AND MOTIONS FILING DEADLINE <br><br> [ECF NO. 226] |

On February 2, 2015, the parties submitted a Joint Motion to Extend Certain Scheduling Order Deadlines Relating to Experts and Motions. (ECF. No. 226). The Court has reviewed the motion and finds good cause to grant the motion. Accordingly, IT IS HEREBY ORDERED:

1. The deadline for expert depositions is extended from January 26, 2105, to **March 3, 2015**.
2. The deadline for the filing of all motions, other than motions to amend or join parties, or motions *in limine*, is extended from February 16, 2015, to **March 17, 2015**.

//
//

1     3.     All other dates and deadlines set forth in the Amended
2            Scheduling Order (ECF No. 217) remain unchanged.

4     IT IS SO ORDERED.

6 DATED: February 11, 2015

8                             Hon. Mitchell D. Dembin
9                             U.S. Magistrate Judge