UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SONY VAIO COMPUTER NOTEBOOK TRACKPAD LITIGATION | Case No. 09-cv-2109-BAS(MDD)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE FAIRNESS HEARING**<br><br>**[ECF No. 369]** |

Presently before the Court is the parties' joint motion to continue the fairness hearing currently scheduled for July 7, 2017 because of the unavailability of counsel. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the parties' joint motion. Accordingly, the Court **VACATES** the fairness hearing currently set for July 7, 2017 and **ORDERS** the parties to appear for the fairness hearing instead on **August 7, 2017** at **10:30 a.m.** in Courtroom 4B.

IT IS SO ORDERED.

DATED: January 23, 2017

Hon. Cynthia Bashant
United States District Judge