Case 3:09-cv-02109-BAS-MDD   Document 371   Filed 05/22/17   PageID.15781   Page 1 of 3

ZELDES HAEGGQUIST & ECK, LLP
HELEN I. ZELDES (220051)
AARON M. OLSEN (259923)
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619-342-8000
Facsimile: 619-342-7878 (fax)

GOMEZ TRIAL ATTORNEYS
JOHN H. GOMEZ (171485)
DEBORAH DIXON (248965)
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: 619-237-3490
Facsimile: 619-237-3496

Attorneys for Plaintiffs and the Certified Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SONY VAIO COMPUTER NOTEBOOK TRACKPAD LITIGATION, | Case No.: 3:09-CV-02109-BAS-MDD <br><br> <u>CLASS ACTION</u> <br><br> PLAINTIFFS' NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** <br><br> Date: August 7, 2017 <br> Time: 10:30 a.m. <br> Judge: Honorable Cynthia A. Bashant <br> Courtroom: 4B, 4th Floor (Schwartz) |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 7, 2017 at 10:30 a.m., Plaintiffs, by and though their counsel of record, respectfully move this court for an order granting Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards. This motion is based on the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards and the Declarations of Helen I. Zeldes, Deborah Dixon, and John Lowther, filed concurrently herewith.

Dated: May 22, 2017

ZELDES HAEGGQUIST & ECK, LLP
HELEN I. ZELDES (220051)
AARON M. OLSEN (259923)

/s/Helen I. Zeldes
HELEN I. ZELDES

225 Broadway, Suite 2050
San Diego, CA 92101
Telephone:  619-342-8000
Facsimile:  619-342-7878
helenz@zhlaw.com
aarono@zhlaw.com

GOMEZ TRIAL ATTORNEYS
JOHN H. GOMEZ (171485)
DEBORAH DIXON (248965)
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: 619-237-3490
john@gomeztrialattorneys.com
ddixon@gomeztrialattorneys.com

```
 1    DOYLE LOWTHER LLP
 2    WILLIAM J. DOYLE II (188069)
      JOHN LOWTHER (207000)
 3    JAMES R. HAIL (202439)
      4400 NE 77 Avenue, Suite 275
 4    Vancouver, WA  98662
 5    Telephone and Facsimile: 360-818-9320
      bill@doylelowther.com
 6    john@doylelowther.com
 7    jim@doylelowther.com
 8
      Attorneys for Plaintiffs and the Certified
 9    Class
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

ZELDES HAEGGQUIST & ECK, LLP