**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (171485)
*john@gomeztrialattorneys.com*
Deborah S. Dixon (248965)
*ddixon@gomeztrialattorneys.com*
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone:  (619) 237-3490
Facsimile:   (619) 237-3496

**HAEGGQUIST & ECK, LLP**
Alreen Haeggquist (221858)
*alreenh@haelaw.com*
Aaron M. Olsen (259923)
*aarono@haelaw.com*
225 Broadway, Suite 2050
San Diego, California 92101
Telephone:  (619) 342-8000
Facsimile:   (619) 342-7878

*Attorneys for Plaintiffs and the putative class*

*[Additional Counsel listed on signature page.]*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SONY VAIO COMPUTER NOTEBOOK TRACKPAD LITIGATION | Case No.: 3:09-CV-02109-BAS-MDD<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:        August 7, 2017<br>Time:        10:30 a.m.<br>Judge:       Honorable Cynthia A. Bashant<br>Courtroom:  4B, 4th Floor (Schwartz) |

1  Pursuant to the Court's Order Granting Preliminary Approval of Class Settlement
2  and Provisional Settlement Class Certification (Dkt. No. 367) and the Court's Order
3  Granting Joint Motion to Continue Fairness Hearing (Dkt. No. 370), a hearing on Plaintiffs'
4  Motion for Final Approval has been scheduled for August 7, 2017 at 10:30 a.m. in
5  Courtroom 4B of the above-entitled Court ("Final Approval Hearing"). Plaintiffs Christina
6  Egner and Rickey Glasco ("Plaintiffs") respectfully move for an order: (1) granting Final
7  Approval of the Class Action Settlement; (2) confirming Certification of the Settlement
8  Class; (3) confirming Appointment of Plaintiffs as Class Representatives and Plaintiffs'
9  Counsel as Class Counsel; (4) approving Class Counsels' Motion for Attorneys' Fees and
10 Costs, as provided for in the Settlement Agreement; (5) approving Incentive Awards to the
11 Class Representatives, as provided for in the Settlement Agreement; and (6) directing that
12 the [Proposed] Final Order and Judgment be entered to give finality to the Settlement. This
13 Motion is based on the Memorandum of Points and Authorities; the Declaration of Deborah
14 S. Dixon; Declaration of Christina Egner; Declaration of Rickey Glasco; Declaration of
15 Deborah McComb; the record on file and all proceedings had in this matter to date; and all
16 further evidence and argument submitted in support of or against the Motion.

17

18                                    **GOMEZ TRIAL ATTORNEYS**

19   Dated:  July 10, 2017          */s  Deborah S. Dixon*

20                                   John H. Gomez
21                                   Deborah S. Dixon
                                     655 West Broadway, Suite 1700
22                                   San Diego, California 92101
                                     Telephone:  (619) 237-3490
23                                   Facsimile:  (619) 237-3496
24                                   *john@gomeztrialattorneys.com*
25                                   *ddixon@gomeztrialattorneys.com*

26                                   HAEGGQUIST & ECK, LLP
27                                   Aaron M. Olsen
                                     225 Broadway, Suite 2050
28

-1-

San Diego, California 92101
Telephone:  (619) 342-8000
Facsimile:   (619) 342-7878
*aarono@haelaw.com*

COAST LAW GROUP
Helen I. Zeldes
1140 South Coast Highway 101
Encinitas, CA 92024
Telephone:  (760)942-8505
Facsimile:   (760)942-8515
*Helen@coastlaw.com*

DOYLE LOWTHER
William J. Doyle II (188069)
John Lowther (207000)
4400 NE 77th Avenue, Suite 275
Vancouver, Washington 98662
Telephone:  (360) 818-9320
Facsimile:   (360) 450-3116
*bill@doylelowther.com*
*john@doylelowther.com*

-2-