UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SONY VAIO COMPUTER NOTEBOOK TRACKPAD LITIGATION | Case No. 3:09-CV-02109-BAS-MDD |
| | CLASS ACTION |
| | **DECLARATION OF DEBORAH MCCOMB RE: NOTICE PROCEDURES** |
| | Judge: Hon. Cynthia A. Bashant<br>Court: 4B, 4th Floor (Schwartz) |

1

I, Deborah McComb declare as follows:

**1.**     I am employed as a Senior Project Manager by KCC Class Action Services, LLC ("KCC"), located at 3301 Kerner Blvd., San Rafael, California.  KCC was appointed as the Claims Administrator in this matter and is not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**Mailed & E-Mailed Notice**

**2.**     KCC utilized the class data from the certification phase of this case as the Class Member List, and prepared a data file for the initial mailing.  Prior to mailing, KCC caused the addresses in the Class Member List to be updated using the National Change of Address database ("NCOA") maintained by the U.S. Postal Service.  A total of 9,287 addresses were found and updated.

**3.**     Pursuant to the preliminary approval order and settlement agreement in this case, on March 6, 2017 KCC caused the U.S. Mail Notice ("Notice") to be printed and mailed to the 11,258 names and mailing addresses in the Class List.  A sample of the Notice is attached hereto as Exhibit A.

**4.**     Pursuant to the preliminary approval order and settlement agreement in this case, on March 6, 2017, KCC E-mailed the Email Notice to 133,792 on the Class Member List with email addresses.  A sample of the Email Notice is attached hereto as Exhibit B.

**5.**     On March 14, 2017, KCC has received a total of 17,543 bounce backs from the E-mail campaign.  Pursuant to the preliminary approval order and settlement agreement in this case, notices were then mailed to 14,276 persons that had mailing addresses.

**6.**     As of the date of this declaration, KCC has received a total of 3 Notices returned by the U.S. Postal Service with forwarding addresses. KCC caused the Class Member list to be updated with the new addresses and Notices to be re-mailed to the updated addresses.  KCC has received a total of 3,970 Notices returned by the U.S. Postal Service without forwarding address

information. KCC conducted address searches using credit and other public source databases to attempt to locate new addresses for 3,970 of these Class Members. As of the date of this declaration, these searches have resulted in 1,645 updated addresses. KCC promptly re-mailed Notices to the updated addresses.

**Published Notices and Internet Banners.**

7.      Pursuant to the preliminary approval order and settlement agreement in this case, KCC caused the Summary Notice to appear as a full-page ad unit in the California and New Jersey state editions of the People magazine issue dated March 27, 2017 (on sale March 17, 2017). The Summary Notice appeared on page 81 of the issue amid the People Style section. A copy of the Summary Notice as published in the magazine is attached as Exhibit C.

Pursuant to the preliminary approval order and settlement agreement in this case, KCC also caused the Summary Notice to appear as one-eighth page ad units in the Classifieds section of the Los Angeles Daily News on March 6 (page A14), March 13 (page A13), March 20 (page A12), and March 27, 2017 (page A13), for a total of four insertions. Copies of the Summary Notice as published in each edition are attached as Exhibit D.

In addition, pursuant to the preliminary approval order and settlement agreement in this case, KCC purchased 1,285,000 internet banner impressions to appear on a variety of websites from March 6, 2017 through April 2, 2017. Of these impressions, 835,000 English-language impressions were targeted to Sony laptop owners in California and New Jersey, and 450,000 Spanish-language impressions were targeted on Spanish-language websites to adults 18 years of age and older in California and New Jersey. In total, the English-language banner effort delivered 904,956 impressions, a bonus of 69,956 more English-language impressions than purchased at no additional cost; the Spanish-language banner effort delivered 496,759 impressions, a bonus of 46,759 Spanish-language impressions than purchased at no additional cost. Screenshots of the internet banner notices as they appeared on various websites is attached as Exhibit E.

**Case Website**

8.　　On or about March 3, 2017, pursuant to the preliminary approval order and settlement agreement in this case, KCC established a website www.VAIOTrackpadLitigationSettlement.com dedicated to this matter to provide information to the Class Members and to answer frequently asked questions.  The website URL was set forth in the Notice, E-mail Notice, Claim Form, etc.  Visitors of the website can download copies of the Full Notice, Claim Form, and other case-related documents, along with submit claims online, and, if applicable, upload supporting documentation.  As of the date of this declaration, the website has received 186,990 visits.

**Toll-Free Telephone Number**

9.　　Pursuant to the preliminary approval order and settlement agreement in this case, on or about March 3, 2017, KCC established an Interactive Voice Response ("IVR) toll-free telephone number dedicated to answering telephone inquiries from Class Members.  As of the date of this declaration, KCC has received a total of 241 calls.

**Claim Forms**

10.　　The postmark deadline for Class Members to file claims in this matter was June 5, 2017.  To date, KCC has received 1,766 timely-filed and valid claim forms.  The claims are broken into the following claim categories:  33 for category 1 – out-of-pocket expenses due to repair, 43 for category 2 – out-of-pocket expenses due peripheral workaround, 1,583 for category 3 - $25 – for experiencing touchpad issues and 107 for category 4 - $5.

**Request for Exclusion from Class**

11.　　The postmark deadline for Class Members to request to be excluded from the class was June 5, 2017.　As of the date of this declaration, KCC has received 2 timely requests for exclusion. A list of the Class Members requesting to be excluded is attached hereto as Exhibit F.

4

1

2
**Objections to the Settlement**

3
     **12.**     The postmark deadline for Class Members to object to the settlement was June 5,

4
2017.  As of the date of this declaration, KCC has received 1 timely objection to the settlement.

5
A copy of the objection is attached hereto as Exhibit G.

6

7

8
     I declare under penalty of perjury under the laws of the State of California that the

9
foregoing is true and correct.  Executed this 7th day of July 2017 at San Rafael, California.

10

11

12
                          Deborah McComb

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

# EXHIBIT A

**If you are a California or New Jersey resident and purchased a Sony VAIO Laptop series SZ, FZ, NW, EB, or F between March 16, 2006 and January 4, 2017 in California or New Jersey, you may be eligible to receive a cash payment from Sony.**

**In re Sony VAIO Computer Notebook Trackpad Litigation Settlement**
P.O. Box 43343
Providence, RI  02940-3343

**Proof of Purchase code:** «ClaimID»

«Barcode»
Postal Service: Please do not mark barcode

Claim#: SIT-«ClaimID»-«MailRec»
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St»  «Zip»
«Country»

SIT

**Why did I get this notice?** A settlement (a "Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Southern District of California ("Court") titled *In Re Sony VAIO Computer Notebook Trackpad Litigation*, Case No. 09-cv-2109 BAS MDD ("Action"). According to available records, you might be a "Class Member." The purpose of this notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**What is the Action about?** The Action was filed against Sony Electronics Inc. ("Sony") by plaintiffs Christina Egner and Rickey Glasco alleging Sony sold certain series of VAIO Laptops with a defectively designed touchpad (also known as trackpad) component. Sony denies wrongdoing and liability and both sides disagree on how much, if anything, the Class could have recovered after trial. *No court has decided which side is right. But both sides agreed to provide benefits to California and New Jersey purchasers of certain VAIO laptops and to resolve the case in order to limit further expense, inconvenience, and uncertainty.*

**Am I a Class Member?** You are a "Class Member" if you are: (1) a California resident who purchased a Sony VAIO Laptop, series SZ, FZ, NW, EB, or F, in California between March 16, 2006 and January 4, 2017; or (2) a New Jersey resident who purchased a Sony VAIO Laptop, series SZ, FZ, NW, EB, or F, in New Jersey between March 16, 2006 and January 4, 2017.

**What relief does the Settlement provide?** If you are a Class Member, you are eligible to receive a Settlement Payment of a one-time cash payment of either (a) 65% of documented out-of-pocket expenses incurred to repair your touchpad up to a cap of $200; (b) 65% of documented out-of-pocket expenses incurred to purchase a peripheral workaround because of purported touchpad issues up to a cap of $60; (c) $25 for any Class Member who claims to have experienced touchpad issues, but does not have proof of repair or purchase of a peripheral workaround; or (d) $5 for a Class Member who does not meet criteria for the preceding (a) through (c). To receive a Settlement Payment, you must timely complete and submit a valid Claim Form, which explains the eligibility and any documentation requirements for the different payment categories. A Claim Form is available on the Internet at the Settlement website www.VAIOTrackpadLitigationSettlement.com. The postmarked deadline to submit a Claim Form is June 5, 2017.

**What are my other options?** If you don't want to be legally bound by the Settlement, you must exclude yourself postmarked by June 5, 2017, or you won't be able to sue Sony about the legal claims in the Action ever again. If you exclude yourself, you cannot receive a Settlement Payment from this Settlement. If you stay in the Settlement, you may object to it postmarked by June 5, 2017. The detailed notice available at www.VAIOTrackpadLitigationSettlement.com explains how to request exclusion or object. The Court will hold a hearing on August 7, 2017 at 10:30 a.m. to consider whether to approve the Settlement, the request by the lawyers representing all Class Members (Gomez Trial Attorneys, Zeldes Haeggquist & Eck, LLP, and Doyle Lowther LLP) for $3.2 million in attorneys' fees and costs, and the request by the class representatives (Christina Egner and Rickey Glasco) for $10,000 for plaintiff Christina Egner and $7,500 for plaintiff Rickey Glasco for a total of $17,500 for their services. You may ask to appear at the hearing, but you don't have to.

**More information?** For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit www.VAIOTrackpadLitigationSettlement.com. You may also write to the Claims Administrator at the email address Info@VAIOTrackpadLitigationSettlement.com or the postal address In Re Sony VAIO Computer Notebook Trackpad Litigation Settlement, P.O. Box 43343, Providence, RI 02940-3343 or contact the Claims Administrator by toll-free telephone call at 1-877-790-2114.

# EXHIBIT B

Proof of Purchase Code: «ClaimID»

**If you are a California or New Jersey resident and purchased a
Sony VAIO Laptop series SZ, FZ, NW, EB, or F between
March 16, 2006 and January 4, 2017 in California or New Jersey,
you may be eligible to receive a cash payment from Sony.**

**Why did I get this notice?**  A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Southern District of California ("Court") titled *In Re Sony VAIO Computer Notebook Trackpad Litigation*, Case No. 09-cv-2109 BAS MDD ("Action").  According to available records, you might be a "Class Member."  The purpose of this notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**What is the Action about?**  The Action was filed against Sony Electronics Inc. ("Sony") by plaintiffs Christina Egner and Rickey Glasco alleging Sony sold certain series of VAIO Laptops with a defectively designed touchpad (also known as trackpad) component.  Sony denies wrongdoing and liability and both sides disagree on how much, if anything, the Class could have recovered after trial.  ***No court has decided which side is right. But both sides agreed to provide benefits to California and New Jersey purchasers of certain VAIO laptops and to resolve the case in order to limit further expense, inconvenience, and uncertainty.***

**Am I a Class Member?**  You are a "Class Member" if you are: (1) a California resident who purchased a Sony VAIO Laptop, series SZ, FZ, NW, EB, or F, in California between March 16, 2006 and January 4, 2017; or (2) a New Jersey resident who purchased a Sony VAIO Laptop, series SZ, FZ, NW, EB, or F, in New Jersey between March 16, 2006 and January 4, 2017.

**What relief does the Settlement provide?**  If you are a Class Member, you are eligible to receive a Settlement Payment of a one-time cash payment of either (a) 65% of documented out-of-pocket expenses incurred to repair your touchpad up to a cap of $200; (b) 65% of documented out-of-pocket expenses incurred to purchase a peripheral workaround because of purported touchpad issues up to a cap of $60; (c) $25 for any Class Member who claims to have experienced touchpad issues, but does not have proof of repair or purchase of a peripheral workaround; or (d) $5 for a Class Member who does not meet criteria for the preceding (a) through (c).  To receive a Settlement Payment, you must timely complete and submit a valid Claim Form, which explains the eligibility and any documentation requirements for the different payment categories.  A Claim Form is available on the Internet at the Settlement website www.VAIOTrackpadLitigationSettlement.com.  The postmarked deadline to submit a Claim Form is June 5, 2017.

**What are my other options?**  If you don't want to be legally bound by the Settlement, you must exclude yourself postmarked by June 5, 2017, or you won't be able to sue Sony about the legal claims in the Action ever again.  If you exclude yourself, you cannot receive a Settlement Payment from this Settlement.  If you stay in the Settlement, you may object to it postmarked by June 5, 2017. The detailed notice available at www.VAIOTrackpadLitigationSettlement.com explains how to request exclusion or object.  The Court will hold a hearing on August 7, 2017  at 10:30 a.m. to consider whether to approve the Settlement, the request by the lawyers representing all Class Members (Gomez Trial Attorneys, Zeldes Haeggquist & Eck, LLP, and Doyle Lowther LLP) for $3.2 million in attorneys' fees and costs, and the request by the class representatives (Christina Egner and Rickey Glasco) for $10,000 for plaintiff Christina Egner and $7,500.00 for plaintiff Rickey Glasco for a total of $17,500 for their services.  You may ask to appear at the hearing, but you don't have to.

**More information?**  For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit  www.VAIOTrackpadLitigationSettlement.com.   You may also write to the Claims Administrator at the email address Info@VAIOTrackpadLitigationSettlement.com or the postal address In Re Sony VAIO Computer Notebook Trackpad Litigation Settlement, P.O. Box 43343, Providence, RI 02940-3343 or contact the Claims Administrator by toll-free telephone call at 1-877-790-2114.

# EXHIBIT C



**If you are a California or New Jersey resident and purchased a Sony VAIO Laptop series SZ, FZ, NW, EB, or F between March 16, 2006 and January 4, 2017 in California or New Jersey, you may be eligible to receive a cash payment from Sony.**

*Si usted más información o desea obtener una copia de este documento legal en Español, visite el sitio www.VAIOTrackpadLitigationSettlement.com.*

A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Southern District of California ("Court") titled *In Re Sony VAIO Computer Notebook Trackpad Litigation*, Case No. 09-cv-2109 ("Action"). The purpose of this notice is to inform potential Class Members of the Action and the Settlement so that they may decide what steps to take in relation to it.

**What is the Action about?** The Action was filed against Sony Electronics Inc. ("Sony") by plaintiffs Christina Egner and Rickey Glasco alleging Sony sold certain series of VAIO Laptops with a defectively designed touchpad (also known as trackpad) component. Sony denies wrongdoing and liability and both sides disagree on how much, if anything, the Class could have recovered after trial. *No court has decided which side is right. But both sides agreed to provide benefits to California and New Jersey purchasers of certain VAIO laptops and to resolve the case in order to limit further expense, inconvenience, and uncertainty.*

**Am I a Class Member?** You are a "Class Member" if you are: (1) a California resident who purchased a Sony VAIO Laptop, series SZ, FZ, NW, EB, or F, in California between March 16, 2006 and January 4, 2017; or (2) a New Jersey resident who purchased a Sony VAIO Laptop, series SZ, FZ, NW, EB, or F, in New Jersey between March 16, 2006 and January 4, 2017.

**What relief does the Settlement provide?** If you are a Class Member, you are eligible to receive a Settlement Payment of a one-time cash payment of: (a) 65% of documented out-of-pocket expenses incurred to repair a touchpad up to a cap of $200; (b) 65% of documented out-of-pocket expenses incurred to purchase a peripheral workaround because of purported touchpad issues up to a cap of $60; (c) $25 for any Class Member who claims to have experienced touchpad issues, but does not have proof of repair or purchase of a peripheral workaround; or (d) $5 for a Class Member who does not meet criteria for the preceding (a) through (c). To receive a Settlement Payment, you must timely complete and submit a valid Claim Form, which explains the eligibility and documentation requirements for the different payment categories. A Claim Form is available on the Internet at the Settlement Website www.VAIOTrackpadLitigationSettlement.com. The deadline to submit a Claim Form is June 5, 2017.

**What are my other options?** If you don't want to be legally bound by the Settlement, you must exclude yourself by June 5, 2017, or you won't be able to sue Sony about the legal claims in the Action ever again. If you exclude yourself, you cannot receive a Settlement Payment from this Settlement. If you stay in the Settlement, you may object to it by June 5, 2017. The detailed notice available at www.VAIOTrackpadLitigationSettlement.com explains how to request exclusion or object. The Court will hold a hearing on August 7, 2017 at 10:30 a.m. to consider whether to approve the Settlement, the request by the lawyers representing all Class Members (Gomez Trial Attorneys, Zeldes Haeggquist & Eck, LLP, and Doyle Lowther LLP) for $3.2 million in attorneys' fees and costs, and the request by the class representatives (Christina Egner and Rickey Glasco) for $10,000 for plaintiff Christina Egner and $7,500 for plaintiff Rickey Glasco for a total of $17,500 for their services. You may ask to appear at the hearing, but you don't have to. You may also hire your own attorney to represent you.

**More information?** For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit www.VAIOTrackpadLitigationSettlement.com. You may also write to the Claims Administrator at info@VAIOTrackpadLitigationSettlement.com or In Re Sony VAIO Computer Notebook Trackpad Claims Administrator, PO Box 43343, Providence, RI 02940-3343 or by toll-free telephone at 1-877-790-2114.

# EXHIBIT D

| Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice |
| --- | --- | --- | --- | --- | --- | --- |

**LEGAL NOTICE TO ALL CONSUMERS**

## If you purchased a Hewlett-Packard LaserJet Pro P1102 printer, then you may be affected by a class action lawsuit.

You may be affected by a class action lawsuit claiming that Hewlett-Packard Company, now known as HP, Inc. ("HP"), manufactured, marketed, advertised, and sold printers that advertised "HP Smart Install," a feature designed to allow for the easy software installation of the printers, when in fact this feature had been disabled from these printers. The lawsuit, *Anne Wolf v. Hewlett-Packard Company*, Case No. 5:15-cv-01221-BRO-GJS, is in the United States District Court for the Central District of California. The Court decided that this lawsuit should be a class action on behalf of a group of people that may include you (the "Class"). There is no money available now and no guarantee that there will be.

**AM I AFFECTED?**

The Class includes all consumers within the meaning of the California Consumer Legal Remedies Act, Cal. Civil Code § 1761(d), who purchased an HP LaserJet Pro P1102 printer ("the printer") at a physical retail location in the State of California between April 2014 and the present, and whose printer was advertised to include the "HP Smart Install" feature, but was in fact subject to HP's disablement of the Smart Install feature. To be included in this class action as a "consumer," you must have purchased a HP LaserJet Pro P1102 printer primarily for personal, family or household purposes.

**WHAT IS THE CASE ABOUT?**

The lawsuit claims HP manufactured, marketed, advertised and sold printers that were advertised to have "HP Smart Install," a feature designed to allow for the easy software installation of the printers, when in fact this feature has been disabled from these printers. HP denies all of the claims in the lawsuit. The Court has not ruled on the merits of the claims. Lawyers for the Class will have to prove their claims at a trial scheduled to begin at 8:30 a.m. on November 21, 2017. The lawsuit seeks money for Class members to (a) reimburse them for out-of-pocket expenses resulting from the advertising; and (b) compensate them for the difference in value between what was promised and what was delivered. The lawsuit also asks for attorneys' fees and costs and a Court order requiring HP to inform consumers of the

false advertising and to refund a portion of the money Class members paid to purchase the printers. There is no money available now and no guarantee that there will be.

**WHO REPRESENTS ME?**

The Court has appointed the Law Offices of Todd M. Friedman, P.C. to represent you and other Class members as Class Counsel. You do not have to pay Class Counsel or anyone else to participate. If Class Counsel obtains money or other benefits for the Class, they may ask the Court for attorneys' fees and costs, which would be paid out of any money recovered for the Class or be paid separately by HP. You may hire your own lawyer to represent you at your own expense. Anne Wolf is a Class member like you, and she Court has appointed her to serve as the "Class Representative."

**WHAT ARE MY RIGHTS & OPTIONS?**

You have a choice of whether to stay in the Class or not. If you do nothing, you are choosing to stay in the Class. This means you will be legally bound by all orders and judgments of the Court and you won't be able to sue or continue to sue HP about the legal claims made in this case in a different lawsuit. If money or benefits are obtained, you will be notified about how to get a share. If you do not want to stay in the Class, you must request to be excluded. If you exclude yourself, you cannot get any money or benefits from this lawsuit if any are obtained, but you will keep your right to separately sue HP over the legal issues in this case. To ask to be excluded from the Class, send a letter to the address below postmarked by **April 24, 2017** stating you want to be excluded from Anne Wolf v. Hewlett-Packard Company, Case No. 5:15-cv-01221-BRO-GJS. Include your name, address, telephone number, and signature.

**HOW DO I GET MORE INFORMATION?**

For a detailed notice and other documents about this lawsuit and your rights, go to **www.walfmartinstallclassaction.com**, call 1-888-270-3325, write to HP Class Action Administrator, P.O. Box 43434, Providence, RI 02940-3434, or call Class Counsel at 1-877-206-0741.

---

## If you are a California or New Jersey resident and purchased a Sony VAIO Laptop series SZ, FZ, NW, EB, or F between March 16, 2006 and January 4, 2017 in California or New Jersey, you may be eligible to receive a cash payment from Sony.

*Si usted más información o desea obtener una copia de este documento legal en Español, visite el sitio www.VAIOTrackpadLitigationSettlement.com.*

A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Southern District of California ("Court") titled *In Re Sony VAIO Computer Notebook Trackpad Litigation*, Case No. 09-cv-2109 ("Action"). The purpose of this notice is to inform potential Class Members of the Action and the Settlement so that they may decide what steps to take in relation to it.

**What is the Action about?** The Action was filed against Sony Electronics Inc. ("Sony") by plaintiffs Christina Esgar and Rickey Glasco alleging Sony sold certain series of VAIO Laptops with a defectively designed touchpad (also known as trackpad) component. Sony denies wrongdoing and liability and both sides disagree on the merits, if anything, the Class could have recovered after trial. *No court has decided which side is right. But both sides agreed to provide benefits to California and New Jersey purchasers of certain VAIO laptops and to resolve the case in order to limit further expense, inconvenience, and uncertainty.*

**Am I a Class Member?** You are a "Class Member" if you are: (1) a California resident who purchased a Sony VAIO Laptop, series SZ, FZ, NW, EB, or F, in California between March 16, 2006 and January 4, 2017; or (2) a New Jersey resident who purchased a Sony VAIO Laptop, series SZ, FZ, NW, EB, or F, in New Jersey between March 16, 2006 and January 4, 2017.

**What relief does the Settlement provide?** If you are a Class Member, you are eligible to receive a Settlement Payment of a one-time cash payment of: (a) 65% of documented out-of-pocket expenses incurred to repair a touchpad up to a cap of $200; (b) 65% of documented out-of-pocket expenses incurred to purchase a peripheral workaround because of purported touchpad issues up to a cap of $40; (c) $25 for any Class Member who claims to have experienced touchpad issues, but does not have proof of repair or purchase of a peripheral workaround; or (d) $5 for a Class Member who does not meet criteria for the preceding (a) through (c). To receive a Settlement Payment, you must timely complete and submit a valid Claim Form, which explains the eligibility and any documentation requirements for the different payment categories. A Claim Form is available on the Internet at the Settlement Website www.VAIOTrackpadLitigationSettlement.com. The deadline to submit a Claim Form is June 5, 2017.

**What are my other options?** If you don't want to be legally bound by the Settlement, you must exclude yourself by June 5, 2017, or you won't be able to sue Sony about the legal claims in the Action ever again. If you exclude yourself, you cannot receive a Settlement Payment from this Settlement. If you stay in the Settlement, you may object to it by June 5, 2017. The detailed notice available at www.VAIOTrackpadLitigationSettlement.com explains how to request exclusion or object. The Court will hold a hearing on August 7, 2017 at 10:30 a.m. to consider whether to approve the Settlement, the request by the lawyers representing all Class Members (Gomez Trial Attorneys, Zeldes Haeggquist & Eck, LLP, and Doyle Lowther LLP) for $3.2 million in attorneys' fees and costs, and the request by the class representatives (Christina Esgar and Rickey Glasco) for $10,000 for plaintiff Christina Esgar and $7,500 for plaintiff Rickey Glasco for a total of $17,500 for their services. You may ask to appear at the hearing, but you don't have to. You may also hire your own attorney to represent you.

**More information?** For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit www.VAIOTrackpadLitigationSettlement.com. You may also write to the Claims Administrator at info@VAIOTrackpadLitigationSettlement.com or In Re Sony VAIO Computer Notebook Trackpad Litigation Administrator, PO Box 43343, Providence, RI 02940-3343 or by toll-free telephone at 1-877-790-2114.

[Remaining content of this page consists of classified advertisement columns — Rentals, Legal Notices (Notice of Lien Sale listings, Daily News public notices, Request for Proposals, DBE subcontractors, Fictitious Business Name notices), Transportation / Autos for Sale listings (Buick, Chevrolet, Dodge, Ford, etc. with dealer prices), and display advertisements including "Starting a new business? Publish Your Fictitious Business Name (DBA) in the Los Angeles Daily News — $99" and the Los Angeles Daily News "YOUR HOME PAGE For Local News" banner.]



| Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice |
|---|---|---|---|---|---|---|---|

**(DAILY NEWS)**
**NOTICE OF APPLICATION TO OPEN PROPOSED BRANCH**

Hanmi Bank, headquartered at 3660 Wilshire Blvd., Pte. A, Los Angeles, CA 90010, intends to apply to the Federal Deposit Insurance Corporation for permission to establish a branch at 325 Fifth Avenue, New York, NY 10016. Any person wishing to comment on this application may file his or her comments in writing with the regional director of the Federal Deposit Insurance Corporation at the appropriate FDIC office, located at 25 Jesse Street at Ecker Square, Suite 2300, San Francisco, CA, 94105-2780, not later than March 28, 2017. The nonconfidential portions of the application are on file at the appropriate FDIC office and are available for public inspection during regular business hours. Photocopies of the nonconfidential portion of the application file will be made available upon request.
Publish March 13, 2017

**(DAILY NEWS)**
**NOTICE OF PUBLIC AUCTION**
Date: Thursday, March 16th, 2017
Address: 431 West 4th St., Perris, CA 92570
Time: 10:00 AM Local Time
By virtue of default by Clean Up America, Inc., under the nine variously dates Promissory Notes & Engineered Well Service International, Inc. under the four variously dated Promissory Notes, payable to Commercial Credit Group Inc., payable to Commercial Credit Group Inc. ("CCG"), which obligation is secured by the property described below (the "Equipment"), CCG will sell at Public Auction, to the highest bidder, **AS-IS, WHERE-IS, WITHOUT ANY REPRESENTATIONS OR WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY OR ANY WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE,** all of its right, title and interest in the following Equipment:

**Quantity/Year/Make/Model**
One (1) 2013 Western Star 4700S Chassis w/ Amrep rolloff body, VIN: 5KKHAXCY95PJF0158
One (1) 2012 Freightliner 114SD Chassis w/ Amrep rolloff hoist, VIN: 1FVHG3CY7CHBR5125
One (1) 2002 John Deere 544H Wheel Loader w/ 2012 Tink 3000 bucket, SN: DD544HX583752
One (1) 2008 Western Star 4900 Day Cab Tractor, VIN: 5KJJAECV08PZ47924
One (1) 2002 Allco End Dump Trailer, VIN: 1RYEE30072A421008
One (1) 1997 Volvo Chassis w/ Galbreath US-OR-174 rolloff hoist, VIN: 4V5KC9GCS7N466513
One (1) 2015 Isuzu NRR Chassis w/attached 2015 Stewart-Amos Galaxy R-6 Sweeper, S/N: JALE5W16KF7390236 & 3022
**Terms:** Successful bidder must pay 25% of purchase price with cash or bank cashier's check or certified or acceptable bank check, with the balance payable in good funds on the next business day, unless:
1.The bidder has pre-qualified by presenting CCG with a written non-contingent, lending commitment from a source and in a form acceptable to CCG in its sole discretion, in which case we will entertain bids up to the amount of such written commitment; or
2.The bidder has obtained from CCG written credit approval in advance of the scheduled public sale.
CCG reserves the right to bid at the sale. Contact Kevin McGinn at (704)-731-0031 for additional information or to arrange an inspection of the Equipment.
Commercial Credit Group Inc.
227 West Trade Street, Suite 1450, Charlotte, NC 28202
Publish March 12, 13, 2017

---

**If you are a California or New Jersey resident and purchased a Sony VAIO Laptop series SZ, FZ, NW, EB, or F between March 16, 2006 and January 4, 2017 in California or New Jersey, you may be eligible to receive a cash payment from Sony.**

*Si usted más información o desea obtener una copia de este documento legal en Español, visite el sitio www.VAIOTrackpadLitigationSettlement.com.*

A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Southern District of California ("Court") titled *In Re Sony VAIO Computer Notebook Trackpad Litigation*, Case No. 09-cv-2109 ("Action"). The purpose of this notice is to inform potential Class Members of the Action and the Settlement so that they may decide what steps to take in relation to it.

*(dense settlement text continues)*

---

**If you purchased a Hewlett-Packard LaserJet Pro P1102 printer, then you may be affected by a class action lawsuit.**

You may be affected by a class action lawsuit claiming that Hewlett-Packard Company, now known as HP, Inc. ("HP"), manufactured, marketed, advertised, and sold printers that advertised "HP Smart Install," a feature designed to allow for the easy software installation of the printers, when in fact this feature has been disabled from these printers. The lawsuit, *Anne Wolf v. Hewlett-Packard Company*, Case No. 5:15-cv-01221-BRO-GJS, is in the United States District Court for the Central District of California.

*(settlement text continues)*

For a detailed notice and other documents about this lawsuit and your rights, go to **www.wolfsmartinstallclassaction.com**, call 1-888-270-3325, write to HP Class Action Administrator, P.O. Box 43434, Providence, RI 02940-3434, or call Class Counsel at 1-877-206-4741.

---

## Starting a new business?

Publish Your Fictitious Business Name (DBA) in the Los Angeles Daily News.

✔ Reliable, Friendly Customer Service
✔ Prompt Turnaround Time
✔ Adjudicated for Los Angeles County

**$99***

*Cost can be used as credit towards new advertising. Some restrictions apply.



Daily News
818-713-3378
email: legals@dailynews.com

---



## NEVER PAINT OR RESTUCCO YOUR HOUSE AGAIN!

Introducing
**360 Elasto Armorcote™**



- LIFETIME WARRANTY against chipping, peeling, flaking and cracking
- Preserves Stucco & Wood Surfaces
- Reflects heat and reduces cooling costs
- Dramatically improve your house's curb appeal

**360 REMODELING, INC.**

*Call For Free Guaranteed Estimate*
**(310) 904-6929**
CSLB #874255

---

## Roofing Jobs Guaranteed at an Affordable Price!

Satisfaction Guaranteed in Writing!

- FREE written estimate
- NO PRESSURE • NO HASSLES

Providing Superior Service for over 28 years!

**Guardian ROOFS & ENERGY SOLUTIONS**
BY SUDDUTH CONSTRUCTION, INC.
Lic. No. 847279, B1 & C39

FREE $100 Gift Card to Home Depot
with $1,000 minimum contract.

**CALL FOR FREE ESTIMATE**
**310 856-9760**

---

**FREE RAIN GUTTERS OR GARAGE DOOR**
up to $1,700 value with exterior coating
Call for details. Cannot be combined with other offers.

---

**Autos For Sale / Rooms for Rent / Transportation / Buses Taxi Etc / Sports Utility Vehicles / Trucks**

FAIR HOUSING NOTICE

All roommates and real estate advertised herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise any preference, limitation or discrimination based on race, color, religion, sex, disability, familial status or national origin or intention to make any such preferences, limitation or discrimination. The Daily News will not knowingly accept any advertising for roommates or real estate which is in violation of the law. If you have any questions or believe that you have been discriminated against, you may call the Department of Housing & Urban Development at 1 (800) 347-3739

Buick '16 Regal 1st this Offer (01053) $31,492
Chevrolet '16 Corvette (05111302) $48,980
Chevrolet '14 Camaro LS (06025902) $16,498
Chevrolet '14 Camaro (06031653) $18,995
Chevrolet '16 Corvette (05111330) $70,421
Chevrolet '16 Cruze LT (07205327) $13,298
Chevy '13 Silverado X-Cab (C304463) $19,998
Chevy '14 Traverse 2L 5 at this Offer $23,950
Chevrolet '16 Silverado (C604503) $41,498
Chevrolet '14 Camaro LS (05113030) $18,998
Chevrolet '16 Cruze LT (07205327) $13,298
Chevrolet '14 Express '14 (C002290) $12,200
Buick '12 Enclave (C29097) $16,950
Buick '16 Lacrosse 3 at this Offer $19,950
Ford'14 F150 FX4 EKF61723 $34,998
BMW'06 M3 (6PK11751) $15,987
Dodge '16 Grand Caravan SXT 5 at this Offer $16,950
Dodge '16 Journey SXT 1 at this Offer (105829) $16,950
Dodge GRAND CARAVAN (#29899) $13,000
Ford '15 Focus (243869) $10,798
FORD ESCAPE XLT '11 (#86681) $9,000
Honda '14 Odyssey (015067) $4,900
Honda '07 Fit (062620) $8,750
Honda '14 Accord LX (199321) $15,400
Honda '12 Civic EX-L (277918) $15,900
Honda '14 Civic LX (560027) $11,600
Honda '12 Civic LX (560027) $11,500
Honda '14 Accord LX (113303) $15,900
Honda '14 Accord Sport (265378) $17,900
Honda '14 Civic EX (265378) $16,900
Honda '14 Civic EX-L (504319) $16,400
Honda '14 CR-V (700213) $18,400
Honda '14 CIVIC LX '15 (#67837) $14,225
HYUNDAI '04 ACCENT HATCHBACK (294635) $5,000
HYUNDAI '04 SANTA FE GLS (3H175582) $7,900
Hyundai'06 SONATA (8H175582) $5,500
HYUNDAI '11 ELANTRA (1H72290) $7,900
HYUNDAI '11 SONATA (4653) $11,736
HYUNDAI '11 SONATA (401343) $13,900

Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice

**LEGAL NOTICE TO ALL CONSUMERS**

### If you purchased a Hewlett-Packard LaserJet Pro P1102 printer, then you may be affected by a class action lawsuit.

You may be affected by a class action lawsuit claiming that Hewlett-Packard Company, now known as HP, Inc. ("HP"), manufactured, marketed, advertised, and sold printers that advertised "HP Smart Install," a feature designed to allow for the easy software installation of the printers, when in fact this feature had been disabled from these printers. The lawsuit, *Anne Wolf v. Hewlett-Packard Company,* Case No. 5:15-cv-01221-BRO-GJS, is in the United States District Court for the Central District of California. The Court decided that this lawsuit should be a class action on behalf of a group of people that may include you (the "Class"). There is no money available now and no guarantee that there will be.

**AM I AFFECTED?**

The Class includes all consumers within the meaning of the California Consumer Legal Remedies Act, Cal. Civil Code § 1761(d), who purchased an HP LaserJet Pro P1102 printer ("the printer") at a physical retail location in the State of California between April 2014 and the present, and whose printer was advertised to include the "HP Smart Install" feature, but was in fact subject to HP's disablement of the Smart Install feature. To be included in this class action as a "consumer," you must have purchased a HP LaserJet Pro P1102 printer primarily for personal, family or household purposes.

**WHAT IS THE CASE ABOUT?**

The lawsuit claims HP manufactured, marketed, advertised and sold printers that were advertised to have "HP Smart Install," a feature designed to allow for the easy software installation of the printers, when in fact this feature has been disabled from these printers. HP denies all of the claims in the lawsuit. The Court has not ruled on the merits of the claims. Lawyers for the Class will have to prove their claims at a trial scheduled to begin at 8:30 a.m. on November 21, 2017. The lawsuit seeks money for Class members to: (a) reimburse them for out-of-pocket expenses resulting from the advertising; and (b) compensate them for the difference in value between what was promised and what was delivered. The lawsuit also asks for attorney's fees and costs and a Court order requiring HP to inform consumers of the false advertising and to refund a portion of the money Class members paid to purchase the printers. There is no money available now and no guarantee that there will be.

**WHO REPRESENTS ME?**

The Court has appointed the Law Offices of Todd M. Friedman, P.C. to represent you and other Class members as Class Counsel. You do not have to pay Class Counsel or anyone else to participate. If Class Counsel obtains money or other benefits for the Class, they may ask the Court for attorneys' fees and costs, which would be paid out of any money recovered for the Class or be paid separately by HP. You may hire your own lawyer to represent you at your own expense. Anne Wolf is a Class member like you, and the Court has appointed her to serve as the "Class Representative."

**WHAT ARE MY RIGHTS & OPTIONS?**

You have a choice of whether to stay in the Class or not. If you do nothing, you are choosing to stay in the Class. This means you will be legally bound by all orders and judgments of the Court and you won't be able to sue or continue to sue HP about the legal claims made in this case in a different lawsuit. If money or benefits are obtained, you will be notified about how to get a share. If you do not want to stay in the Class, you must submit a request for exclusion. If you exclude yourself, you cannot get any money or benefits from this lawsuit if any are obtained, but you will keep your right to separately sue HP over the legal issues in this case. To ask to be excluded from the Class, send a letter to the address below postmarked by **April 24, 2017** stating you want to be excluded from Anne Wolf v. Hewlett-Packard Company, Case No. 5:15-cv-01221-BRO-GJS. Include your name, address, telephone number, and signature.

**HOW DO I GET MORE INFORMATION?**

For a detailed notice and other documents about this lawsuit and your rights, go to **www.wolfsmartinstallclassaction.com**, call 1-888-270-3325, write to HP Class Action Administrator, P.O. Box 43434, Providence, RI 02940-3434, or call Class Counsel at 1-877-206-4741.

---

### If you are a California or New Jersey resident and purchased a Sony VAIO Laptop series SZ, FZ, NW, EB, or F between March 16, 2006 and January 4, 2017 in California or New Jersey, you may be eligible to receive a cash payment from Sony.

*Si usted más información o desea obtener una copia de este documento legal en Español, visite el sitio www.VAIOTrackpadLitigationSettlement.com.*

A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Southern District of California ("Court") titled *In Re Sony VAIO Computer Notebook Trackpad Litigation,* Case No. 09-cv-2109 ("Action"). The purpose of this notice is to inform potential Class Members of the Action and the Settlement so that they may decide what steps to take in relation to it.

**What is the Action about?** The Action was filed against Sony Electronics Inc. ("Sony") by plaintiffs Christina Egner and Rickey Glasco alleging Sony sold certain series of VAIO Laptops with a defectively designed touchpad (also known as trackpad) component. Sony denies wrongdoing and liability and both sides disagree on how much, if anything, the Class could have recovered after trial. **Note even if you decide which side is right. But both sides agreed to provide benefits to California and New Jersey purchasers of certain VAIO laptops and to resolve the case in order to limit further expense, inconvenience, and uncertainty.**

**Am I a Class Member?** You are a "Class Member" if you are: (1) a California resident who purchased a Sony VAIO Laptop, series SZ, FZ, NW, EB, or F, in California between March 16, 2006 and January 4, 2017; or (2) a New Jersey resident who purchased a Sony VAIO Laptop, series SZ, FZ, NW, EB, or F, in New Jersey between March 16, 2006 and January 4, 2017.

**What relief does the Settlement provide?** If you are a Class Member, you are eligible to receive a Settlement Payment of a one-time cash payment of: (a) 65% of documented out-of-pocket expenses incurred to repair a touchpad up to a cap of $200; (b) 65% of documented out-of-pocket expenses incurred to purchase a peripheral workaround because of purported touchpad issues up to a cap of $60; (c) $25 for any Class Member who claims to have experienced touchpad issues, but does not have proof of repair or purchase of a peripheral workaround; or (d) $5 for a Class Member who does not meet criteria for the preceding (a) through (c). To receive a Settlement Payment, you must timely complete and submit a valid Claim Form, which explains the eligibility and any documentation requirements for the different payment categories. A Claim Form is available on the Internet at the Settlement Website at www.VAIOTrackpadLitigationSettlement.com. The deadline to submit a Claim Form is June 5, 2017.

**What are my other options?** If you don't want to be legally bound by the Settlement, you must exclude yourself by June 5, 2017, or you won't be able to sue Sony about the legal claims in the Action ever again. If you exclude yourself, you cannot receive a Settlement Payment from this Settlement. If you stay in the Settlement, you may object to it by June 5, 2017. The detailed notice available at www.VAIOTrackpadLitigationSettlement.com explains how to request exclusion or object. The Court will hold a hearing on August 7, 2017 at 10:30 a.m. to consider whether to approve the Settlement, the request by the lawyers representing all Class Members (Gomez Trial Attorneys, Zeldes Haeggquist & Eck, LLP, and Doyle Lowther LLP) for $3.2 million in attorneys' fees and costs, and the request by the class representatives (Christina Egner and Rickey Glasco) for $10,000 for plaintiff Christina Egner and $7,500 for plaintiff Rickey Glasco for a total of $17,500 for their services. You may ask to appear at the hearing, but you don't have to. You may also hire your own attorney to represent you.

**More information?** For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit www.VAIOTrackpadLitigationSettlement.com. You may also write to the Claims Administrator at settle@VAIOTrackpadLitigationSettlement.com or In Re Sony VAIO Computer Notebook Trackpad Claims Administrator, PO Box 43343, Providence, RI 02940-3343 or by toll-free telephone at 1-877-790-2114.

---

Other Rentals | Sports Utility Vehicle

Rooms for Rent

**FAIR HOUSING NOTICE**
All roommates and real estate advertised herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise any preference, limitation or discrimination based on race, color, religion, sex, disability, familial status or national origin or intention to make any such preferences, limitation or discrimination. The Daily News will not knowingly accept any advertising for roommates or real estate which is a violation of the law. If you have any questions or believe that you have been discriminated against, you may call the Department of Housing & Urban Development at **1 (800) 347-3739**

Transportation

Buses Taxi Etc

You AUTO Buy Now!
Get your full inventory of new & used cars delivered to your door.
Text **Autos411** to **22345**

Chevrolet'06 HHR LT (655736060) $6,990 Crestview Cadillac Rydell

Chevrolet'15 Equinox LT (816546918) $17,487 Crestview Cadillac Rydell

Dodge'14 Durango R/T (EC531324) $33,498 Crestview Cadillac Rydell

GMC'14 Sierra SLT (EG405583) $35,454 Crestview Cadillac Rydell

GMC'14 Terrain SLT (E6154918) $16,454 Crestview Cadillac Rydell

**Trucks**

Ford'14 F150 FX4 (EKD41723) $37,476 Crestview Cadillac Rydell

Audi 2012 Q5 $23,995 (069687) Ask For Andy or Stuart (310) 378-6211 Martin

BMW'06 M3 (240111551) $28,996 Crestview Cadillac Rydell

**Trucks**

Chevrolet'14 Tahoe LTZ (ER149529) $48,576 Crestview Cadillac Rydell

Chevrolet'16 Colorado LT (G1163200) $30,877 Crestview Cadillac Rydell

**Autos For Sale**

Buick '15 Lacrosse (2509421) $21,042 1-877-800-5069 Crestview Cadillac Text Code Ad19341 To 56654 for Info

**Autos For Sale**

Cadillac '14 ATS Sunroof, Certified (103564) $22,946 1-877-800-5069 Crestview Cadillac Text Code Ad19359 To 56654 for Info

Cadillac '14 CTS Certified, low mi (129782) $23,982 1-877-800-5069 Crestview Cadillac Text Code Ad19365 To 56654 for Info

Cadillac '15 SRX Luxury,Navi, Certified (519211) $29,911 1-877-800-5069 Crestview Cadillac Text Code Ad19386 To 56654 for Info

Cadillac '14 ATS AWD,2.0 Turbo, (124881) $23,951 1-877-800-5069 Crestview Cadillac Text Code Ad19369 To 56654 for Info

Cadillac '16 CTS Luxury,Sunroof, Certified Used (298979) $26,923 1-877-800-5069 Crestview Cadillac Text Code Ad19389 To 56654 for Info

Cadillac '14 CTS Coupe, 14k mi (162890) $26,980 1-877-800-5069 Crestview Cadillac Text Code Ad19356 To 56654 for Info

Nobody covers the Valley like the Daily News

---

SERVE SUMMONS BY PUBLICATION in the Los Angeles Daily News

Quality Service & Competitive Prices
Affidavits Promptly Mailed
Los Angeles City & County Adjudication

Contact Eve: 818.713.3359
legals@dailynews.com

---

**NOTICE OF PUBLIC HEARING PROPOSED FEE INCREASE FOR THE JUNIOR LIFEGUARD PROGRAM**

Notice is hereby given that a public hearing will be held by the Board of Supervisors (Board) regarding the proposed fee increase for the Los Angeles County Fire Department Junior Lifeguard Program. The Junior Lifeguard Program is a 5 week Summer Program that takes place in 12 beach locations throughout Los Angeles County and teaches beach safety and physical fitness to boys and girls from 9 to 17 years of age. The Program teaches in ocean lifesaving techniques, cardiopulmonary resuscitation, first aid skills, environmental concerns, ocean safety, and general ocean knowledge. In order to maintain self-sustainability of the Junior Lifeguard Program, the Department is proposing a fee increase from $476 to $535 effective immediately. Said hearing will be held on March 28, 2017, at 1:00 p.m., in the Hearing Room of the Board of Supervisors, Room 381B, Kenneth Hahn Hall of Administration, 500 West Temple Street (corner of Temple Street and Grand Avenue), Los Angeles, California 90012. Written comments may be sent to the Executive Office of the Board of Supervisors at the above address. If you do not understand this notice or need more information, please call Chief Steve Valenzuela at (310) 577-5700. LORI GLASGOW EXECUTIVE OFFICER OF THE BOARD OF SUPERVISORS
CN935461 03122 Mar 14,20, 2017

---



**Starting a new business?**

Publish Your Fictitious Business Name (DBA) in the Los Angeles Daily News

✔ Reliable, Friendly Customer Service
✔ Prompt Turnaround Time
✔ Adjudicated for Los Angeles County

**$99**
*Cost can be used as credit towards new advertising. Some restrictions apply.

Daily News
818-713-3378
email: legals@dailynews.com

---

**Autos For Sale**

CHEVROLET 2016 IMPALA LT (132261) Ask For Andy or Stuart (310) 378-6211 Martin

Chevrolet'13 Corvette (511302) $41,996 Crestview Cadillac Rydell

CHEVROLET 2016 TRAVERSE (278974) Ask For Andy or Stuart (310) 378-6211 Martin

Chevy '13 Silverado 1-Cab (230446) $19,996 626-795-6651 Thornton Motor Center

CHEVROLET 2016 Corvette Z06 (F560364) $69,990 Crestview Cadillac Rydell

Chevrolet'15 Cruze LT,1.4 Turbo (138152) $12,997 Crestview Cadillac Rydell

Chevrolet'16 Malibu LS (GF342190) $16,987 Crestview Cadillac Rydell

Chevy '16 Traverse 2L (211109) $21,996 626-795-6651 Thornton Motor Center

Chevy '16 Malibu 2L, 2 at this Offer $23,990 626-795-6651 Thornton Motor Center

CHEVROLET 2007 CORVETTE (116974) Ask For Andy or Stuart (310) 378-6211 Martin

VOLT '14 #125466 $12,000 GLENDALE CHEVROLET 855-300-9190

CHEVROLET 2013 1500 (132220) Ask For Andy or Stuart (310) 378-6211 Martin

CHEVY SONIC 2LZ '13 #106690 $9,000 GLENDALE CHEVROLET 855-300-9190

CHEVROLET 2013 SONIC (109732) Ask For Andy or Stuart (310) 378-6211 Martin

CRUZE '15 #126565 GLENDALE CHEVROLET 855-300-9190

CHEVROLET 2016 CORVETTE (601399) Ask For Andy or Stuart (310) 378-6211 Martin

VOLT '14 #125499 $12,000 GLENDALE CHEVROLET 855-300-9190

CHEVROLET 2016 CRUZE (221677) Ask For Andy or Stuart (310) 378-6211 Martin

**Autos For Sale**

Dodge '14 Journey SXT (343909) $14,996 626-795-6651 Thornton Motor Center

Cruze LTD '16, 3 at this Offer (105829) $16,990 626-795-6651 Thornton Motor Center

DODGE GRAND CARAVAN SXT '14 #258699 $12,000 GLENDALE CHEVROLET 855-300-9190

Ford '15 Focus (243869) $10,798 626-795-6651 Thornton Motor Center

FORD FIESTA SE '15 #196400 $9,000 GLENDALE CHEVROLET 855-300-9190

DODGE ACCORD CPE EX-L '10 (H6482609AA) $9,998 PUENTE HILLS HYUNDAI 888-313-9383

DODGE '14 CHARGER SRT392 (770223) $33,996 626-795-6651 Thornton Motor Center

Dodge '16 Grand Caravan SXT 2L at this Offer (257741) $15,990 626-795-6651 Thornton Motor Center

**Autos For Sale**

Hyundai '15 Sonata (126934) $11,999 626-795-8851 Thornton Motor Center

Hyundai '15 Sonata SE 1 at this Offer (477135) $15,950 626-795-6651 Thornton Motor Center

HYUNDAI ACCENT GLS '13 (882529) $12,000 GLENDALE CHEVROLET 855-300-9190

HYUNDAI ELANTRA GLS '16 (H429627TA) $5,495 PUENTE HILLS HYUNDAI 888-313-9383

HYUNDAI ACCENT SE '16 (P337629M) $9,995 PUENTE HILLS HYUNDAI 888-313-9383

HYUNDAI ELANTRA GLS '16 #30771 $12,900 GLENDALE CHEVROLET 855-300-9190

Hyundai Santa Fe GLS '16 (841755582) $15,995 PUENTE HILLS HYUNDAI 888-313-9383

HYUNDAI ELANTRA SE '16 (673975) $11,900 PUENTE HILLS HYUNDAI 888-313-9383

**Autos For Sale**

HYUNDAI SANTA FE '09 (329922) $8,795 PUENTE HILLS HYUNDAI 888-313-9383

HYUNDAI SONATA LTD (HH036491A) $11,495 PUENTE HILLS HYUNDAI 888-313-9383

HYUNDAI VELOSTER CPE '12 (205483) $11,500 TOYOTA OF GLENDALE 800-778-9748

HYUNDAI VERACRUZ LTD '11 (175932) $11,900 TOYOTA OF GLENDALE 800-778-9748

Jeep '15 Patriot (156607) $13,998 Crestview Cadillac Rydell

Jeep '16 Patriot Sport 2 at this Offer $19,990 626-795-6651 Thornton Motor Center

Kia '15 Sorento V-6 SX Limited (573604) $26,974 1-877-800-5069 Crestview Cadillac Text Code Ad19372 To 56654 for Info

KIA '17 Sportage 1 at this Offer (126767) $18,950 626-795-6651 Thornton Motor Center

---



CUSTOM BLINDS, SHADES, SHUTTERS & DRAPES
**Call To Schedule (310) 622-9752**

**HURRY!** OFFER ENDS 3/31/17

*Your Springtime Shower of SAVINGS is Here!*

**BUY 3 GET 1 FREE!**
ON CUSTOM BLINDS, SHADES AND DRAPES

Drapery / Horizontal Sheer Shades

FREE In-Home Design Consultation NO OBLIGATION

Cellular Shades | Drapery / Roller Shades | Shutters

WE DESIGN, WE MEASURE, WE INSTALL, YOU RELAX!

**Call To Schedule (310) 622-9752**

SINCE 1978   AS SEEN ON TV   houzz   BBB   HGTV   A&E

WE BRING THE SHOWROOM TO YOU!   3DAYBLINDS   YOU'LL LOVE THE TREATMENT

*This offer must be presented at the time of purchase. Offer valid on 3 Day Blinds brand products only. Buy 3 window coverings and receive the 4th one of equal or lesser value FREE! Offer excludes Shutters, Special Orders, installation, sales tax, shipping and handling. Not valid on previous purchases or with any other offer or discount. Offer Code 3AYD. Offer Expires 3/31/17.

---



Are you in the market for a **new home?**

Los Angeles Daily News
**Classifieds**

**If you are a California or New Jersey resident and purchased a Sony VAIO Laptop series SZ, FZ, NW, EB, or F between March 16, 2006 and January 4, 2017 in California or New Jersey, you may be eligible to receive a cash payment from Sony.**

Si usted más información o desea obtener una copia de este documento legal en Español, visite el sitio www.VAIOTrackpadLitigationSettlement.com.

A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Southern District of California ("Court") titled *In Re Sony VAIO Computer Notebook Trackpad Litigation*, Case No. 09-cv-2109 ("Action"). The purpose of this notice is to inform potential Class Members of the Action and the Settlement so that they may decide what steps to take in relation to it.

**What is the Action about?** The Action was filed against Sony Electronics Inc. ("Sony") by plaintiffs Christina Egner and Rickey Glasco alleging Sony sold certain series of VAIO Laptops with a defectively designed touchpad (also known as trackpad) component. Sony denies wrongdoing and liability and both sides disagree on how much, if anything, the Class could have recovered after trial. **No court has decided which side is right. But both sides agreed to provide benefits to California and New Jersey purchasers of certain VAIO laptops and to resolve the case in order to limit further expense, inconvenience, and uncertainty.**

**Am I a Class Member?** You are a "Class Member" if you are: (1) a California resident who purchased a Sony VAIO Laptop, series SZ, FZ, NW, EB, or F, in California between March 16, 2006 and January 4, 2017; or (2) a New Jersey resident who purchased a Sony VAIO Laptop, series SZ, FZ, NW, EB, or F, in New Jersey between March 16, 2006 and January 4, 2017.

**What relief does the Settlement provide?** If you are a Class Member, you are eligible to receive a Settlement Payment of a one-time cash payment of: (a) 65% of documented out-of-pocket expenses incurred to repair a touchpad up to a cap of $200; (b) 65% of documented out-of-pocket expenses incurred to purchase a peripheral workaround because of purported touchpad issues up to a cap of $60; (c) $25 for any Class Member who claims to have experienced touchpad issues, but does not have proof of repair or purchase of a peripheral workaround; or (d) $5 for a Class Member who does not meet criteria for the preceding (a) through (c). To receive a Settlement Payment, you must timely complete and submit a valid Claim Form, which explains the eligibility and any documentation requirements for the different payment categories. A Claim Form is available in the Internet at the Settlement Website www.VAIOTrackpadLitigationSettlement.com. The deadline to submit a Claim Form is June 5, 2017.

**What are my other options?** If you don't want to be legally bound by the Settlement, you must exclude yourself by June 5, 2017, or you won't be able to sue Sony about the legal claims in the Action ever again. If you exclude yourself, you cannot receive a Settlement Payment from this Settlement. If you are in the Settlement, you may object to it by June 5, 2017. The detailed notice available at www.VAIOTrackpadLitigationSettlement.com explains how to request exclusion or object. The Court will hold a hearing on August 7, 2017 at 10:30 a.m. to consider whether to approve the Settlement, the request by the lawyers representing all Class Members (Gomez Trial Attorneys, Zeldes Haeggquist & Eck, LLP, and Doyle Lowther LLP) for $3.2 million in attorneys' fees and costs, and the request by the class representatives (Christina Egner and Rickey Glasco) for $10,000 for plaintiff Christina Egner and $7,500 for plaintiff Rickey Glasco for a total of $17,500 for their services. You may ask to appear at the hearing, but you don't have to. You may also hire your own attorney to represent you.

**More information?** For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit www.VAIOTrackpadLitigationSettlement.com. You may also write to the Claims Administrator at email VAIOTrackpadLitigationSettlement.com or In Re Sony VAIO Computer Notebook Trackpad Claims Administrator, PO Box 43343, Providence, RI 02940-3343 or by toll-free telephone at 1-877-790-2114.

**(DAILY NEWS)**
**PUBLIC NOTICE**
Dr. Martin Bennett at 15450 Ventura Blvd. Suite 100, Sherman Oaks, CA 91403 (818-784-1035) hes retired. Dr. Ed Betz at 4555 Sherman Oaks Avenue, Sherman Oaks, CA 91403 (818-981-5800) has taken over his practice and is the custodian of medical records. Thank you. Sincerely, Dr. Martin Bennett.
Publish March 27, 29, 31, 2017

**(DAILY NEWS)**
**NOTICE OF CLASS ACTION SETTLEMENT**
If were ever directly employed or through a staffing agency at Denim-Tech, LLC from December 2, 2009 to January 1, 2016, you may be entitled to receive money from a class action settlement. Please contact Simpluris, Inc. at 1-888-404-4960 to verify your employment and receive further information.
Publish March 27, 28, 29, 30, 31, April 1, 2, 3, 4, 5, 6, 7, 8, 2017

**LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY (Metro)**
**REQUEST FOR PROPOSAL**
Metro will receive bids for **PS37869 - Metro Unified Messaging System Assessment** per specifications on file at the Office of Procurement & Material Management, One Gateway Plaza, Los Angeles, CA 90012 (9th Floor).
All Bids must be submitted on forms furnished by Metro, and must be filed at the reception desk of the Office of Materiel on before **2:00 p.m. Pacific Time, Tuesday, April 25, 2017,** at which time bids will be opened and publicly read. Bids received later than the above date and time will be rejected and returned to the bidder unopened. Each bid must be sealed and marked **Bid No. PS37869.**
You may obtain bid specifications, or further information, by faxing Victor Zepeda or at Email address vzepeda@metro.net.
3/27, 3/29, 3/29/17
CNS-2990113#
**DAILY NEWS LOS ANGELES**

**SERVE SUMMONS BY PUBLICATION in the Los Angeles Daily News**
Quality Service & Competitive Prices
Affidavits Promptly Mailed
Los Angeles City & County Adjudication
Contact Eve: 818.713.3359
legals@dailynews.com


**Starting a new business?**
Publish Your Fictitious Business Name (DBA) in the Los Angeles Daily News.
✔ Reliable, Friendly Customer Service
✔ Prompt Turnaround Time
✔ Adjudicated for Los Angeles County
**$99**
*Cost can be used as credit towards new advertising. Some restrictions apply.
818-713-3378
email: legals@dailynews.com


**LeadHax**
Online real estate advertising made simple.
Find out more at **Leadhax.com**


**GET A GREAT DEAL!**
just **81¢** per issue
**TV** weekly — America's most complete TV listings magazine
● Localized TV and cable listings for the Greater Los Angeles area
● Daily best bets & sports section
● A-Z movie guide & network news
● Q & A with your favorite celebrities
● Puzzles, games, trivia, soaps and horoscopes
**WOW 80% OFF** FOR NEWSPAPER SUBSCRIBERS ONLY *off the cover price
**ordering is easy!**
**1-877-580-4159**
iwantmytvmagazine.com or subscribe by mail

**YES!** Sign me up for 13 issues for only **$10.49!**
Just **81¢** per issue! ORDER TODAY

Name _____
Address _____
City _____ State ___ Zip ___
Phone _____ Email _____
**Option #1** Pay by check or money order Make check or money order out to: TV Weekly
**Option #2** Charge my credit card Credit Card # _____
☐ Visa ☐ MC ☐ Discover ☐ AmEx   Exp. Date: ___
Signature Required: _____
Mail payment with coupon to:
**TV Weekly magazine**
213 Park Drive
Troy MI 48083
Allow 4-6 weeks for delivery of your first issue.
SCNG
This is a non-refundable offer. We changed our Privacy Policy effective July 27, 2016. It replaces all previous privacy statements. The entire policy is available at https://tvbmedia.com/privacy.

DailyNews.Com/Classifieds
Find An Ad • Place An Ad
Email: ClassifiedAds@DailyNews.com

# EXHIBIT E



OPRAH.COM

THE HAVES AND THE HAVE NOTS                                    13 hours ago



► FIRST LOOK: CANDACE GOES AFTER HER LATEST MARK

SUPERSOUL SESSIONS                                            2 days ago



SUPERSOUL SESSIONS (SERIES 3)—TICKETS ON SALE NOW!

OWN TV                                                        6 hours ago

Purchased a Sony VAIO Laptop series SZ, FZ, NW, EB, or F between March 16, 2006 and January 4, 2017 in California or New Jersey? A settlement regarding the laptop touchpads may affect your rights.

Click HERE for more info.

www.VAIOTrackpadLitigationSettlement.com

SHARE YOUR STORY

IYANLA FIX MY LIFE - SHARE YOUR STORY

HOME MADE SIMPLE MAKEOVER











NOTICIAS   FOTOS   CELEBRIDADES   TELENOVELAS   BEBÉS   PONTE BELLA   VIDEO   CHICA

SUSCRÍBASE AHORA

## Celebridades



Aarón Díaz, historia de un galanazo



¿Ha comprado una computadora portátil Sony VAIO series SZ, FZ, NW, EB o F entre el 16 de marzo de 2006 y el 4 de enero de 2017 en California o en New Jersey? Un arreglo sobre los paneles táctiles de los portátiles puede afectar sus derechos.

Haga clic AQUÍ para obtener más información.

www.VAIOTrackpadLitigationSettlement.com



Nacho se despide de Chino: "Espero que su carrera siga en ascenso"



Ximena Duque se muestra sin una gota de maquillaje iy el resultado es espectacular!



YOUR FAVORITE ENTERTAINMENT BRANDS ARE NOW ON TV

WATCH NOW FOR FREE



¡Su foto más sexy! Aracely Arámbula celebra sus 42 años con espectacular bikinazo



¿Sherlyn contesta a la ex de su nuevo novio?



Actor Danny Masterson se defiende de acusaciones de agresión sexual



Eugenio Derbez será la nueva pareja de Ana de Farís



Conoce a los 10 políticos más atractivos ¡Guapos!



Ex del nuevo novio de Sherlyn les declara la guerra: "Estoy ardida y dolida"



Carmen Jara se separa por supuesta violencia doméstica

SECCIONES    UNIVISION ENTRETENIMIENTO    UNIVISION    ENTRETENIMIENTO    NOTICIAS    DEPORTES

## HORÓSCOPO DIARIO    MÁS ›

## PREDICCIONES    MÁS ›



CAPRICORNIO

Capricornio – Martes 7 de marzo 2017: Terminas algo negativo, es tu tiempo ideal
POR: PROFESOR ZELLAGRO

HORÓSCOPOS

Activa tu chakra de la sexualidad con estos consejos
POR: PROFESOR ZELLAGRO

## NIÑO PRODIGIO    MÁS ›

## MIZADA    MÁS ›



HORÓSCOPOS    2:58

Niño Prodigio - Libra 6 de marzo, 2017



HORÓSCOPOS    0:38

Mizada Piscis 06 de marzo de 2017

publicidad

¿Ha comprado una computadora portátil Sony VAIO series SZ, FZ, NW, EB o F entre el 16 de marzo de 2006 y el 4 de enero de 2017 en California o en New Jersey? Un arreglo sobre los paneles táctiles de los portátiles puede afectar sus derechos.

Haga clic AQUÍ para obtener más información.

www.VAIOTrackpadLitigationSettlement.com





¿Ha comprado una computadora portátil Sony VAIO series SZ, FZ, NW, EB o F entre el 16 de marzo de 2006 y el 4 de enero de 2017 en California o en New Jersey?    Haga clic AQUÍ para obtener más información.
Un arreglo sobre los paneles táctiles de los portátiles puede afectar sus derechos.
www.VAIOTrackpadLitigationSettlement.com



# EXHIBIT F

**KCC Class Action Services**

*Sony VAIO Computer Notebook Trackpad Litigation - Settlement*

**Exclusion Report**

**Count**
**2**

| Last1 | First1 |
|-------|--------|
| Lee | Hyun Joo |
| Leyrer | Scott |

# Hyun Joo LEE



607 Hudson Park, Edgewater, NJ 07020
+1 646 470 1361

6/2/2017

In Re Sony VAIO Computer Notebook Trackpad Litigation Settlement
P.O. Box 43343
Providence, RI 02940-3343

To whom it may concern:

I am writing this letter regarding "In Re Sony VAIO Computer Notebook Trackpad Litigation

, Case No. 09-cv-2109 BAS MDD".

Please exclude me from the class action. I was not a resident of the New Jersey state when I
purchased the Sony Vaio Notebook in question.

Thank you.

Sincerely,
Hyun Joo LEE



Hyun Joo LEE
607 Hudson Park
Edgewater, NJ 07020



03 JUN 2017 PM 2 L



BY:............

In Re Sony Vaio Computer
Notebook Trackpad Litigation Settlement

P.O. Box 43343
Providence, RI 02940-3343

02940-334343

| **Subject:** | RE: Sony VAIO Computer Notebook Trackpad Litigation: Case 09-cv-2109 |
|---|---|
| **From:** | #NA KCC SRFK SIT_SonyVaioTrackpad (Info@VaioTrackpadLitigationSettlement.com) |
| **To:** | sal228@yahoo.com; |
| **Date:** | Thursday, March 16, 2017 12:47 PM |

If you want to be excluded, you must send a letter or postcard stating: **(a)** the name and case number of the Action "In Re Sony VAIO Computer Notebook Trackpad Litigation, Case No. 09-cv-2109 BAS MDD"; **(b)** your full name, address, and telephone number (email address optional); and **(c)** a statement that you do not wish to participate in the Settlement, postmarked no later than June 5, 2017 to the Claims Administrator at:

In Re Sony VAIO Computer Notebook Trackpad Litigation Settlement
P.O. Box 43343
Providence, RI 02940-3343

*You cannot exclude yourself by phone or by email.*


*Regards,*


*In Re Sony VAIO Computer Notebook Trackpad Litigation*

*Claims Administrator*

------------------------------------------------------------------------

*Toll free: 1-877-790-2114*

www.VAIOTrackpadLitigationSettlement.com


---

**From:** S Leyrer [mailto:sal228@yahoo.com]
**Sent:** Sunday, March 12, 2017 10:32 AM
**To:** #NA KCC SRFK SIT_SonyVaioTrackpad
**Subject:** Sony VAIO Computer Notebook Trackpad Litigation: Case 09-cv-2109


To Whom It May Concern:


I am writing to state that I wish to be excluded from the above-referenced case.

Scott Leyrer

PO Box 65111

Albuquerque, NM  87193

626-354-8175

(living in Temple City, CA at the time of purchase (2010) of Sony VAIO Q740 laptop)

Thank you

P.O. Box 65111
Albuquerque, NM  87193



ALBUQUERQUE NM 870

18 MAR 2017 PM 4 L

Sony VAIO Computer Notebook Trackpad
Litigation Settlement

P.O. Box 43343

Providence, RI  02940

02940-334343

# EXHIBIT G

Jason Bowerman
4800 Copley Lane Apt. 278
Upper Marlboro, MD 20772
jasonbowerman81@hotmail.com
(202) 203 9988

In re: Sony VAIO Computer Notebook Trackpad Litigation Settlement
c/o Kurtzman Carson Consultants (KCC)
P.O. Box 43343
Providence, RI 02940-3343

June 5, 2017

Claims Administrator,

    I wish to file a formal objection in the case of "In Re Sony VAIO Computer Notebook Trackpad Litigation, Case No. 09-cv-2109 BAS MD". I object to the fairness of this settlement. The settlement period covers almost eleven-year time period of people buying Sony VIAO laptops but requires the same level of proof regardless of when the class member bought the Sony VIAO laptop. I object to how this is a fair settlement to the class members that bought their laptop over eleven years ago compared to the class members that bought their laptops this very year. It is unreasonable to expect class members to have receipts and pictures of their laptop after elven years. Laptops from eleven years ago are no longer even viable for general use and are a security risk due to no longer being able to get updates. You can't even claim the lowest five-dollar tier on this class action lawsuit without documentation. This settlement is unfair to those class action members who bought their laptop a long time ago compared to those that just bought their Sony laptop this year. I request the terms of the settlement grant anyone that declares under penalty of perjury that they bought a Sony VAIO laptop that was involved in this class action lawsuit twenty-five dollars at least if they have no proof after a purchase of over five years ago. I state that I am a class member under this case and my claim number is 60002181601. "I declare under penalty of perjury under the laws of the United States of America that the foregoing statements regarding class membership are true and correct to the best of my knowledge."

Thank You,

Jason Bowerman

Jason Bowerman
4800 Copley Lane Apt 278
Upper Marlboro, Mb 20772

CAPITAL DISTRICT 200/205

05 JUN 2017 PM 3 L



In Re Sony VAIO Computer Notebook Trackpad Litigation Settlement
P.O. Box 43343
Providence, RI 02940-3343

02940-334343